UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0221--CV (RRB)
"DEETT A. COYLE ET AL V COLASKA INC"

Including terminated parties, excluding terminated counsel

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 09/09/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (290) Other real property actions
                   DAMAGES AND INJUNCTIVE RELEASE
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 09/09/05 receipt # 00126553
          Trial by:
```

Parties of Record:                                  Counsel of Record:

PLF 1.1            COYLE, DEETT A.                  Douglas C. Perkins
                                                    Hartig Rhodes et al
                                                    717 K Street
                                                    Anchorage, AK 99501
                                                    907-276-1592
                                                    FAX 907-277-4352

PLF 2.1            COLE, EDWARD                     Douglas C. Perkins
                                                    (see above)

DEF 1.1            COLASKA INC                      David J. Schmid
                                                    Law Office of David J. Schmid
                                                    500 L Street, Suite 503
                                                    Anchorage, AK 99501-1295
                                                    907-276-4335
                                                    FAX 907-278-1812

DEF 2.1            ALASKA RAILROAD CORPORATION      Brewster H. Jamieson
                                                    Lane Powell et al
                                                    301 W. Northern Lights Boulevard
                                                    Suite 301
                                                    Anchorage, AK 99503-2648
                                                    907-277-9511
                                                    FAX 907-276-2631

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0221--CV (RRB)
                          "DEETT A. COYLE ET AL V COLASKA INC"

                                    For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 09/09/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (290) Other real property actions
                   DAMAGES AND INJUNCTIVE RELEASE
           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 09/09/05 receipt # 00126553
         Trial by:


Document #   Filed      Docket text

    1 -  1   09/09/05   DEF 1 Notice of Removal from Superior Crt in Palmer, AK case no.
                        3PA-05-1388CI  w/att exh.

    2 -  1   09/09/05   DEF 1 Service List.

    3 -  1   09/09/05   DEF 1 Corporate Disclosure.

    4 -  1   09/12/05   RRB Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                        file w/i 10 days copies of state crt docs. & svc list. cc: cnsl,
                        Melinda D. Miles

    5 -  1   09/16/05   DEF 1 Notice of filins state court record w/att exhs.

    6 -  1   09/21/05   DEF 1 Notice of filing scanned declaration.

    7 -  1   09/21/05   ZZZ 1 motion to intervene as a party defendant.

    8 -  1   09/22/05   ZZZ 1 Notice of filing orig signed declaration of W. Hupprich re: ZZZ 1
                        Unopposed motion to intervene as a party defendant (7-1) w/att
                        declaration.

    9 -  1   09/23/05   ZZZ 1 Notice to court re Alaska Railroad's motion to intervene is
                        opposed.

   10 -  1   10/11/05   PLF 1-2 motion for extension of time until 10/24/05 to respond to the
                        notice of removal and to Ak Railroads mot to intervene.

   11 -  1   10/27/05   PLF 1-2 Attorney Substitution of D. Perkins (Hartig) for Melinda D.
                        Miles (Tull).

   12 -  1   11/02/05   RRB Order granting motion for extension of time until 10/24/05 to
                        respond to the notice of removal the motion to intervene (10-1).  cc:
                        cnsl

   13 -  1   11/23/05   RRB Order granting motion for Alaska Railroad Corporation (ARRC) to
                        intervene as a party defendant (7-1); plf's 2nd amended cmplt shall be
                        deemed svd on ARRC on the date of distribution of this odr & the
                        allegations  in para 10-16 of the 2nd amended cmplt shall be deemed to
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0221--CV (RRB)
                     "DEETT A. COYLE ET AL V COLASKA INC"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | have been made against ARRC. cc: cnsl |