FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -6 PM 3: 21

Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>Defendants. | Case No. A05-0221 CV (RRB)<br><br>**ALASKA RAILROAD CORPORATION'S CONSENT AND JOINDER TO REMOVAL** |

COMES NOW, defendant Alaska Railroad Corporation, by and through counsel, Lane Powell LLC, and hereby joins in and consents to removal of this action from the Superior Court for the State of Alaska, Third Judicial District, to this Court.

DATED this 6th day of December, 2005.

LANE POWELL LLC
Attorneys for Alaska Railroad Corporation

By _____
for Brewster H. Jamieson, ASBA No. 8411122

I certify that on December 6, 2005, a copy of the foregoing was served by mail on:

Douglas C. Perkins, Esq.
Hartig, Rhodes, Hoge & Lekisch
717 K Street
Anchorage, Alaska 99501-3397

David J. Schmid, Esq.
Law Offices
500 L Street, Suite 503
Anchorage, Alaska 99501-1295

_____
Nanci L. Biggerstaff, CPS, PLS
113951.0010/152195.1