David J. Schmid
Law Offices of David J. Schmid
500 "L" Street, Suite 503
Anchorage, Alaska  99501
Tel:  (907) 276-4335
Fax: (907) 278-1812
schmidlaw@gci.net
Attorneys for Defendant Colaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DeETT A. COYLE, and EDWARD COYLE,            )<br>)<br>Plaintiffs,   )<br>)<br>vs.                                                    )<br>)<br>COLASKA, INC.,                             )<br>)<br>Defendant.   )<br>_____) | Case No. A05-0221 CV (RRB)<br><br>**COLASKA, INC.'s RESPONSE TO MINUTE ORDER FROM CHAMBERS Dated January 5, 2006** |

      COMES NOW Defendant Colaaska, Inc. and responds to this Court's Minute Order dated January 5, 2006.

      Colaska, Inc. filed its Answer to Second Amended Complaint in the Palmer Superior Court on September 7, 2005 prior to the removal of this matter to United States District Court on September 9, 2005.   A true and correct copy of Colaska's Answer is attached hereto as Exhibit A. Apparently the Superior Court did not transmit a copy of Colaska's Answer with the record of Superior Court pleadings.  Pursuant to this Court's Order, under separate cover, defendant will refile its Answer to Second Amended Complaint captioned in the United States District Court.

DATED at Anchorage, Alaska this 6th day of January, 2006.

LAW OFFICES OF DAVID J. SCHMID
Attorneys for Defendant

By: _____s/David J. Schmid_____
David J. Schmid
Alaska Bar No. 8102003

**Certificate of Service**
I hereby certify that on the 6th day of January, 2006,
a copy of the foregoing Response to Minute Order
was served on the following:

Douglas C. Perkins, Esq.
Brewster H. Jamieson, Esq.

by first class regular mail, if noted above, or by
electronic means through the CM/ECF system as indicated
on the Notice of Electronic Filing.

_____s/Keena Lukacinsky_____
Keena Lukacinsky, Legal Assistant