Douglas C. Perkins, ASBA No. 8612155
HARTIG RHODES HOGE & LEKISCH P.C.
717 K. Street
Anchorage, Alaska 99501
Telephone: 907-276-1592
Facsimile: 907-277-4352
Email: dp@hartig.com
Attorneys for DeEtt A. Coyle and Edward Coyle

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>Plaintiffs,<br><br>vs.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Case No. A05-0221 CV (RRB)**<br>) |

## REPLY TO COUNTERCLAIM

Plaintiffs DeEtt A. Coyle and Edward Coyle, by and through counsel of record, hereby reply to Defendant Alaska Railroad Corporation's counterclaim, as follows:

1.     Plaintiffs are without knowledge or information sufficient to form a belief as to the allegations of Paragraph 1, and therefore, deny same.

2.     Plaintiffs are without knowledge or information sufficient to form a belief as to the allegations of Paragraph 2, and therefore, deny same.

3.     Plaintiffs are without knowledge or information sufficient to form a belief as to the allegations of Paragraph 3, and therefore, deny same.

4.     Plaintiffs are without knowledge or information sufficient to form a belief as

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

Reply to Counterclaim
*Coyle v. Colaska, Inc., Alaska Railroad Corporation,*  Case No. A05-0221 CV (RRB)     Page 1 of 3

to the allegations of Paragraph 4, and therefore, deny same.

## AFFIRMATIVE DEFENSES

1. Defendant's counterclaim fails to state a claim for which relief may be granted.

2. Defendant's counterclaim is barred by Defendant's own conduct and prior breaches of duty.

3. Defendant's counterclaim is barred by the doctrines of laches and waiver.

4. All of the damages allegedly suffered by Defendant were caused solely by the acts and conduct of other parties for whom Plaintiffs are not legally responsible, thereby barring Defendant from any recovery from Plaintiffs.

5. Defendant's damages, if any, were the result of superseding, intervening causes which were not in the control of, or the responsibility of, Plaintiffs.

6. Plaintiffs are entitled to the benefits and protections of Title 9, Alaska Statutes, Chapter 17, including apportionment of fault among responsible parties or persons.

7. Defendant's counterclaim, in whole or in part, is barred by the doctrine of estoppel.

8. Defendant has failed to mitigate the damages sought in this matter.

9. Plaintiffs incorporate by reference the affirmative defenses asserted by all parties joined in this action.

10. Plaintiffs reserve the right to assert such other and further affirmative defenses as may be revealed by discovery and investigation

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

## PRAYER FOR RELIEF

WHEREFORE, having answered Defendant's counterclaim, and having set forth their affirmative defenses, Plaintiffs pray for relief as follows:

1. That Defendant Alaska Railroad Corporation's counterclaim be dismissed with prejudice;

2. That Plaintiffs be granted relief as requested in their Second Amended Complaint, including as against Defendant Alaska Railroad Corporation;

3. That Plaintiffs be awarded their costs and attorney fees;

4. For such other relief as this Court deems equitable and just.

DATED at Anchorage, Alaska this 9th day of January, 2006.

       HARTIG, RHODES, HOGE & LEKISCH, P.C.
       Attorneys for Plaintiffs

       By: /s/ Douglas C. Perkins
          Douglas C. Perkins
          Alaska Bar No. 8612155

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing
was served on the below-identified counsel
on the 9th day of January 2006:

David J. Schmid
500 L. Street Suite 503
Anchorage, Alaska 99501

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Boulevard Suite 301
Anchorage, Alaska 99503

/s/ Deanna DeMaagd
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

Reply to Counterclaim
*Coyle v. Colaska, Inc., Alaska Railroad Corporation,*  Case No. A05-0221 CV (RRB)     Page 3 of 3