# ALASKA RAILROAD CORPORATION

Corporate Address:  P.O. Box 107500, Anchorage, Alaska 99510
327 West Ship Creek Avenue, Anchorage, Alaska 99501
www.alaskarailroad.com

ARRC Contract No. 8519

## INDUSTRY TRACK AGREEMENT

**THIS AGREEMENT** is made on the day executed by the last signatory hereto, by and between the ALASKA RAILROAD CORPORATION, a public corporation created by AS 42.40 ("ARRC"), whose address is P.O. Box 107500, Anchorage, Alaska 99510-7500, and COLASKA, INC. D/B/A QAP, an Alaska corporation ("Industry"), whose mailing address is 240 W. 68th Avenue, Anchorage, Alaska 99518.

### WITNESSETH:

WHEREAS, the Industry is commencing commercial gravel operations at its gravel pit located near Pittman Road, approximately five miles outside Wasilla near the intersection of the Parks Highway and Vine Road; and

WHEREAS, the Industry is seeking a special land use permit within ARRC right-of-way adjacent to Industry's gravel pit for construction and operation of a gravel loading facility; and

WHEREAS, in conjunction with the special land use permit, ARRC Contract No. 8518, the Industry desires track facilities ("Industry Track") to be installed at approximate ARRC Milepost 164.3 to 166.3, to allow rail service to its gravel operations, as more specifically described below:

> An industry track, 9,315 feet in total length and 9,129 feet in clear length, turning out from the main track of ARRC at ARRC's Pittman Siding at Wasilla, Alaska, at a point of switch located at Survey Station 5937 + 13.52 in the centerline of said main track, as shown in "RED" on the print attached hereto as Exhibit A and made a part of this contract; and

WHEREAS, Industry has, pursuant to that certain Temporary Construction Permit between the parties, ARRC Contract No. 8588 dated March 26, 2003, been granted temporary access to the proposed industry track area to begin placing fill for the future industry track, which work is ongoing prior to execution of this Agreement.

NOW, THEREFORE, in consideration of the foregoing and the covenants and agreements herein contained, it is mutually agreed that the said Industry Track shall be constructed and maintained, and the ARRC hereby agrees to operate the same, under the following terms and conditions:

1. RIGHT-OF-WAY

This Industry Track will be constructed within the ARRC right-of-way. The cost and expense of procuring or complying with any ordinances, order, permit or consent whatsoever required by municipal, state or other lawfully constituted authorities for the construction, maintenance, operation and use of said Industry Track shall be borne by the Industry.

The Industry shall have the right to enter upon the property of the ARRC for the purpose of constructing and maintaining said Industry Track, provided all other terms and conditions of this Agreement are adhered to. Operation of Industry's facilities adjacent to the Industry Track will be governed by the special land use agreement mentioned above.

2. CONSTRUCTION

Responsibility for construction of the Industry Track is shared by the parties as shown on Exhibit B and set forth below.

Materials Provided by ARRC: As partial consideration for providing or installing ARRC-owned materials as shown on Exhibit B, the ARRC will receive all of the used track materials from the salvaged ARRC main track at the Alaska Department of Transportation & Public Facilities Seward Highway MP 96-102 Project at Bird, Alaska, including but not limited to an estimated 20,000 linear feet of rail. Industry shall receive ownership of the materials provided by ARRC as shown on Exhibit B.

Construction of Track Subsurface and Installation of Rail: The Industry shall, at its own expense, install grade for the turnouts and the industry track in accordance with ARRC's Standard Plans, copies of which shall be made available to Permittee. Installation of the track will proceed in accordance with the approved project plans and the "Supply and Installation Responsibilities" as shown in Exhibit B. The ARRC will furnish railroad flag protection for $70.00 per hour per flagman required during the construction period. No trees shall be cut during construction of the track or the equivalent access road described below without express written permission of the ARRC Chief Engineer.

Industry's Plans; Standard Specifications for Work on Railroad Property: All initial construction and any future alteration or modification to the Industry Track will be in accordance with Industry's plans therefor as first approved by ARRC and ARRC's Standard Specifications for Work on Railroad Property attached as Exhibit C. In the event the Standard Specifications are revised by ARRC prior to termination of this Agreement, the Industry agrees that any changes in or additions to the Industry Track shall be performed in accordance with such revised Standard Specifications, provided that ARRC has given notice of the change to Industry.

Road Access: No later than April 1, 2005, the Industry is required to develop access to its industrial site/gravel loading facility that does not utilize the ARRC right-of-way. Until that time, ARRC will allow the Industry access from Pittman Road along the ARRC right-of-way for access of Industry's employees to the gravel loading facility and to construct the Industry Track. Access along the ARRC right-of-way shall be via a gate in the ARRC right-of-

way near Pittman Road. This gate shall be closed and locked at all times except when opening is required for immediate passage by Industry's employees or agents, after which passage it will be immediately closed and locked again. No other access along or over the ARRC's right-of-way is permitted pursuant to this Agreement.

Construction of the grade for the Industry Track will overlay much of an existing access road within ARRC's right-of-way. The Industry shall replace this access road with an equivalent quality access road satisfactory to ARRC's Chief Engineer and at a specific location within the ARRC right-of-way to be designated by ARRC's Chief Engineer. Construction of the equivalent access road shall be completed concurrently with completion of the Industry Track construction, but in any event no later than June 1, 2004.

<u>Gravel Loading During Construction</u>: On mutual agreement, portions of the Industry Track and ARRC tracks may be used to load gravel trains during construction.

<u>Pedestrian Underpass</u>: The Industry shall, at no expense to ARRC, modify the pedestrian underpass at the south end of the Site as required by the Alaska Department of Transportation & Public Facilities. ARRC makes no warranty or representation that the expense of such modification is recoverable from ADOTPF but will assist Industry in requesting reimbursement.

<u>Future Railroad Signals</u>: The ARRC shall bear any future costs for signals and signal-related systems related to any feature of this Industry Track.

3. MAINTENANCE

Said Industry Track shall be maintained, including removal of snow and ice, to the satisfaction of the Chief Engineer of the ARRC. The Industry will maintain positive drainage away from the main track, siding, and Industry Track and will keep all tracks free of obstructions. The work shall be performed and cost thereof borne as follows:

ARRC agrees, at its own expense, to maintain the switches and tracks to the point of clearance of the turnouts off the main track or siding, and the Industry agrees to maintain the balance of the Industry Track in good and safe operating condition at all times. Upon written request, the ARRC will perform the necessary maintenance to the Industry Track beyond point of clearance at the expense of the Industry. The ARRC shall have the right to inspect the Industry Track at any time and, if found unsafe, to withdraw track from service until repaired. The Industry shall be responsible for the removal of snow and ice beyond point of clearance only in the event of wintertime use by Permittee or its designee.

Notwithstanding the foregoing, ARRC agrees to repair normal wear and tear on the Industry Track at no expense to the Industry so long as that certain Industry Track Agreement, ARRC Contract No. 4603, relating to a facility near Palmer, Alaska, remains in effect. As part of the consideration for this Industry Track Agreement, the parties agree not to cancel ARRC Contract No. 4603 without at least eighteen (18) months' prior written notice to the other party. ARRC further agrees to assume all maintenance responsibility for said Palmer

industry track, reserving the right, however, to attempt to collect all or a portion of associated costs from third parties (not Permittee) benefited thereby. ARRC shall indemnify, defend, and save harmless Permittee from any and all claims for injury or destruction arising from the use of said Palmer industry track for rail service to users other than Permittee except to the extent such injury or damage is caused by the active negligence of Permittee.

4. OWNERSHIP

The title and ownership of said Industry Track shall be vested as follows: Ownership of turnout to points of clearance shall be vested in the ARRC. The portion of the Industry Track beyond the points of clearance shall be owned by the Industry, together with the #11 switch that is within the Industry Track. Ownership of all other switches and ARRC's Pittman Siding remains with ARRC (see drawing attached as Exhibit A).

5. USE

The ARRC shall have the right to use the whole or any part of the said Industry Track, provided such use shall not unreasonably interfere with the use thereof by the Industry and provided that the use by ARRC is for purposes other than gravel hauling for anyone other than Industry or ARRC.

The Industry shall have no power to assign this Agreement or to sublet the whole or any part of the Industry Track to any other person or persons without the prior written consent of ARRC, which may be withheld at ARRC's discretion exercised in good faith and not arbitrarily or capriciously.

6. CHANGES OR ENLARGEMENT

If any change, rearrangement, extension or enlargement of said Industry Track or its structures is required by the Industry, the Industry shall bear the expense. If the ARRC desires to make any change in the Industry Track in order to facilitate railroad operations or service to other shippers, the change shall be made without expense to the Industry, and shall provide the Industry with approximately the same track facilities as constructed under this agreement.

7. CLEARANCES

The Industry agrees that all buildings or other structures, all poles, signs, and stored materials, etc., to be erected or placed along the Industry Track, shall conform to the ARRC Standard Clearance Diagram No. 90.21. Doors or gates on track side of buildings or roads shall be so hung as not to swing toward track.

8. LIABILITY

The Industry acknowledges that the installation of the Industry Track within ARRC's right-of-way involves risk as a result of ARRC's operation. The Industry agrees to

ARRC Contract No. 8519  
Colaska, Inc. (QAP)

Industry Track Agreement  
Page 4 of 7

EXHIBIT B  
PAGE 4 OF 20

assume all risk or liability for personal injury to the Industry, its employees or any other person on or near the Industry Track and that the ARRC shall not be held liable to the Industry for any loss or damage arising from the construction or operation of its railroad; and that the Industry shall at all times indemnify, defend, and save harmless the ARRC from any and all claims for injury or destruction whether such injury or damage shall arise from any cause hereinbefore stated or any other cause whatever, except to the extent such injury or damage is caused by the active negligence of ARRC. Notwithstanding the foregoing, Industry shall not be required to indemnify, defend and save harmless ARRC for injury or damage to an ARRC employee or agent except to the extent such injury or damage is caused by the active negligence of Industry.

9. DISCONTINUANCE

Provided that the notice requirements of paragraph 10 of this Agreement are met, the Industry hereby waives any and all claims for any and all loss or damage sustained by the Industry as a consequence of any reasonable temporary or permanent elimination of said Industry Track, or loss of its future use or development, if in the judgment of the Chief Engineer of the ARRC, it is impracticable to continue the connection.

10. CANCELLATION, TERMINATION AND REMOVAL

This Agreement may be terminated (a) by either party upon one hundred eighty (180) days' prior written notice to the other party; (b) at any time by mutual written consent of the parties; or (c) at the option of ARRC, upon thirty (30) days' prior written notice of a default by Industry in the performance of any obligation hereunder. ARRC's notice of default must describe the event constituting the default and shall specify the actions required to cure the default, and Industry shall have said 30-day period within which to cure the default. If Industry cures the default with the 30-day period, no termination shall occur. Provided, however, in the event of a default that substantially endangers either the person or property of ARRC or a third party, or human health or the environment, Industry shall commence curing the default immediately upon notice and complete the cure within such reasonable time period as is imposed by ARRC or any governmental body having jurisdiction in the matter.

Upon the termination of this Agreement, the Industry shall remove from and off the ARRC right-of-way all property owned or controlled by Industry, except as may be otherwise agreed to by ARRC in writing. The Industry shall restore ARRC's right-of-way to a condition reasonably satisfactory to ARRC and, upon its failure so to do, ARRC may perform such work at Industry's expense. Until said property is removed and the right-of-way restored, either by Industry or by ARRC at Industry's expense, this Agreement, with all terms contained herein, shall, at ARRC's option, remain in effect until said property is removed and right-of-way restored.

11. CONSTRUCTION CONSISTENT WITH OTHER AGREEMENT.

This Industry Track Agreement and the above-referenced Special Land Use Permit represent the entire agreement of the parties with respect to the subject matter hereof, and

these documents shall be interpreted consistently with each other. This Agreement may not be modified except by an agreement in writing signed by both parties.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement the day and year first above written.

ALASKA RAILROAD CORPORATION

Dated: _5/17/05_    By: _Karen J Morrissy_
Director, Real Estate

Dated: _5/17/05_    By: _T. Brooks_
Chief Engineer

COLASKA, INC., d/b/a QAP

Dated: _5/20/05_    By: _J Trafton_
Title: _Vice President_

**Attachments:**
✓ Exhibit A – "Proposed Pittman QAP Gravel Track", drawing by TNH, and ARRC aerial map
✓ Exhibit B -- Supply and Installation Responsibilities
✓ Exhibit C -- Standard Specifications for Work on Railroad Property (6/03 rev.)

STATE OF ALASKA                )
                               )ss.
THIRD JUDICIAL DISTRICT        )

    The foregoing instrument was acknowledged before me this 17th day of May, 2005, by Karen Morrissey, the Director, Real Estate of the Alaska Railroad Corporation, a public corporation created by Alaska Statute 42.40, on behalf of the corporation.

                                              *Phyllis C. Johnson*
                                              Notary Public in and for Alaska
                                              My Commission expires: 8-22-2006

[OFFICIAL SEAL — State of Alaska — PHYLLIS C. JOHNSON — NOTARY PUBLIC]

STATE OF ALASKA                )
                               )ss.
THIRD JUDICIAL DISTRICT        )

    The foregoing instrument was acknowledged before me this 17th day of May, 2005, by Thomas E. Brooks, the Chief Engineer of the Alaska Railroad Corporation, a public corporation created by Alaska Statute 42.40, on behalf of the corporation.

                                              *Phyllis C. Johnson*
                                              Notary Public in and for Alaska
                                              My Commission expires: 8-22-2006

[OFFICIAL SEAL — State of Alaska — PHYLLIS C. JOHNSON — NOTARY PUBLIC]

STATE OF ALASKA                )
                               )ss.
THIRD JUDICIAL DISTRICT        )

    The foregoing instrument was acknowledged before me this 23 day of MAY, 2005, by JON FUGLESTAD, the V. PRESIDENT of Colaska, Inc., d/b/a QAP, an Alaska corporation on behalf of the same.

                                              *[signature]*
                                              Notary Public in and for Alaska
                                              My Commission expires: 04/18/06

ARRC Contract No. 8519                                            Industry Track Agreement
Colaska, Inc. (QAP)                                                Page 7 of 7
                                                         EXHIBIT B

**PAGE 7 OF 20**

Exhibit A

ALASKA RAILROAD CORPORATION
OFFICE OF THE CHIEF ENGINEER
P.O. BOX 107500, ANCHORAGE, ALASKA 99510-7500 (907) 265-2456

COLASKA, Inc., dba GAP
ARRC MP 164.3 - 166.3
INDUSTRY TRACK PERMIT
CONTRACT NO. 8519

SITE PLAN

VICINITY MAP

## QAP/ARRC Pittman Construction
## Supply and Installation Responsibilities
Based on Quantities from TNH fax of 3/28/03

TEB/7/30/03

| MATERIALS | | Quantity | Supply QAP | Supply ARRC | Install QAP | Install ARRC | |
|---|---|---|---|---|---|---|---|
| 1 Rail | Used Rail | 20,010 | | x | x | | ARRC supplies FOB Pittman |
| 2 Angle Bars | Used ARRC | 513 | | x | x | | |
| 3 Track Bolts | Used ARRC | 2,052 | | x | x | | |
| 4 Tie Plates, 11 inch | Used ARRC | 11,500 | | x | x | | |
| 5 Track Spikes | 25%New and 75% Used ARRC | 23,000 | | x | x | | |
| 6 Rail Anchors | Used ARRC | 6,120 | | x | x | | |
| 7 Cross Ties (New) | Industrial Grade | 2,800 | x | | x | | |
|   Cross Ties (Used) | Used ARRC | 2,800 | | x | x | | |
| 8 Ballast | | 4,500 | x | | x | | |
| 9 #11 Turnouts, 16'6" points | Used ARRC | 3 | | x | | x | |
| 10 Switch Ties, #11 Turnout | | 3 | | x | | x | |
| 11 Switch Stands | Used ARRC | 3 | | x | | x | |
| 12 Derail | Used ARRC | 1 | | x | | x | |
| 13 Timber Crossings | | 260 | x | | x | | |
| 14 #15 Turnout, complete | New | 1 | x | | | x | Panelized |
| 15 Switch Ties, #15 Turnout | New | | x | | | x | With Panelized #15, otherwise ARRC |
| Off Project Materials | Bird Used Rail | 20000 | DEMO | | | | ARRC accepts Delivery FOB Bird |
| | Bird Used Ties | 6000 | DEMO | | | | ARRC accepts Delivery FOB Bird |
| | Bird OTM | Lot | DEMO | | | | ARRC accepts Delivery FOB Bird |

# STANDARD SPECIFICATIONS FOR WORK ON RAILROAD PROPERTY
(For ARRC Lessees, Permittees and their Contractors)

Section 1.    Definition of Terms

Section 2.    General Requirements

Section 3.    Safety Requirements

Section 4.    Insurance Requirements

Section 5.    Notice

Section 6.    Flag Protection and Protection of ARRC Traffic

Section 7.    Train Delays

Section 8.    Protection of ARRC Communication Lines

Section 9.    Road Crossings

Section 10.   Power and Communication Lines

Section 11.   Underground Utilities

Section 12.   Open Trenching

Section 13.   Excavations

Section 14.   ARRC Inspectors

Section 15.   Use of Explosives

Section 16.   Snow Removal

Section 17.   Clean-up

SECTION 1.

DEFINITION OF TERMS

| | |
|---|---|
| ARRC | Alaska Railroad Corporation, P.O. Box 107500, Anchorage, AK 99510-7500. |
| ARRC Property | all lands owned or withdrawn for the use of the ARRC, including the ARRC's track right-of-way and communications pole line right-of-way. |
| Chief Engineer | the person employed by the ARRC as head of its Engineering Department or Branch, or his/her authorized representative. |
| Contractor | any agent of the Permittee, including Contractors or subcontractors employed to construct, reconstruct, operate and/or maintain the Facility. The term "Contractor" shall be synonymous with the term "Permittee" when the Permittee performs the construction, reconstruction, operation and/or maintenance of the Facility with its own personnel. |
| Director, Real Estate | the person authorized by the ARRC to execute contractual real estate agreements on behalf of the ARRC. |
| Facility | any improvements owned by the Permittee/Contractor which are to be placed on ARRC property in accordance with written permission executed by ARRC and Permittee. |
| Telecommunications Supervisor | the person employed by the ARRC as head of its Telecommunications Department or Branch, or his/her authorized representative. |
| Permittee/Contractor | the person, company or governmental agency to whom the right to enter upon ARRC Property was given in the form of written permit or contract executed by the ARRC and Permittee/Contractor. |
| Track Work | all work on the line from the top of subgrade to the top of rail, including geotextile, when required. |
| Track Materials | all hardware, excluding signals and controllers, associated with the running of a railroad. |

Standard Specifications for Work on Railroad Property
(rev. 06/03/03)

EXHIBIT C
Page 2 of 11

EXHIBIT _B_
PAGE 11 OF 20

## SECTION 2. GENERAL REQUIREMENTS

2.1 All construction, reconstruction, operation, and maintenance on ARRC Property shall be performed incompliance with these Standard Specifications for Work on Railroad Property, including all revisions thereto.

2.2 Failure to comply with these Standard Specifications for Work on Railroad Property shall result in the demand of ARRC to suspend all work on ARRC Property.

2.3 All work on or about ARRC Property shall be performed by experienced personnel in a safe and workmanlike manner in keeping with approved ARRC practices, and as specified herein. ARRC traffic and property shall be protected at all times.

2.4 The safety and continuity of the operation of the traffic of ARRC shall be of first importance and shall be at all times protected and safeguarded. The Permittee/Contractor and its subcontractors shall be required to perform and arrange their work accordingly. Whenever, in the opinion of the Chief Engineer or his or her representatives, the work or its performance may affect or involve the safety of ARRC's facilities and/or operation of its railroad, the method of doing such work shall first be submitted by the Permittee/Contractor to the Chief Engineer for his/her approval, without which it shall not be commenced or prosecuted. The approval of the Chief Engineer, when given, shall not be considered as a release from responsibility or liability for any damage which ARRC may suffer, or for which it may be liable, as a result of the acts or omissions of the Permittee/Contractor, its subcontractors or employees.

2.5 Whenever, in the opinion of the Chief Engineer, the construction may cause a hazard to the safe operation of ARRC, ARRC may, in its discretion, place at the site of the work the required number of qualified employees to protect its operations. The providing of such employees and such other precautions as may be taken shall not relieve the Permittee/Contractor and its subcontractors from liability for the payment of damages caused by their operations. ARRC shall be the sole judge of the necessity for, and as to the number and classification of employees required. The Permittee/Contractor shall reimburse ARRC for the cost and expense incurred in providing such employees.

Standard Specifications for Work on Railroad Property
(rev. 06/03/03)

EXHIBIT C
Page 3 of 11

EXHIBIT B
PAGE 12 OF 20

## SECTION 3. SAFETY REQUIREMENTS

3.1  The safety of personnel, property, rail operations, and the public is of paramount importance in the prosecution of any work on ARRC Property. The Permittee/Contractor shall comply with all Federal, State and local governmental regulations (e.g. OSHA, NESC, etc.) applicable to the construction, installation, or maintenance of any Facility. As reinforcement and in furtherance of overall safety measures to be observed by Permittee/Contractor (and not by way of limitation), the following special safety rules shall be followed while working on ARRC Property. Further railroad safety information may be obtained from the ARRC Safety Office at 907-265-2440. Safety information is also available on the ARRC website at www.akrr.com.

3.2.  ARRC flag protection is required before any activity can occur on or near a railroad operating facility such as a track, yard, bridge or shop building. For incidental work, such as surveying or inspection, an ARRC furnished flagman will provide a safety briefing prior to the commencement of the work  For any activity involving a disturbance or potential disturbance to the track, track embankment, or any railroad facility, ARRC may require the Permittee/Contractor to submit a specific Railroad Safety Plan prior to startup. Projects which involve activities which cross the tracks or are longitudinal to the tracks will require a specific Railroad Safety Plan and a one hour ARRC provided training course for Permittee/Contractor's project supervisors prior to the initiation of work on ARRC Property. Specific information on Railroad Safety Plans may be obtained from the ARRC Safety Office at 907-265-2440.

3.3  The Permittee/Contractor shall arrange for ARRC flag protection when performing any work within 20 feet of any track. All work within 20 feet of the track shall cease when a train passes and all Permittee/Contractor employees shall maintain a distance of at least 20 feet from the track until the train has safely passed. In addition, any work that could come within 20 feet of the track will cease when a train passes. For example, crane or pile driving activities shall stop when trains pass when the maximum boom and suspended load radius can come within 20 feet of the tracks. Pile driving shall not be done when trains are passing the work site. Vehicles and other construction equipment shall not be operated or parked closer than 20 feet from any track without ARRC flag protection.

3.4  In the event Permittee/Contractor will be performing construction or other activities on or in close proximity to a railroad track, the Permittee/Contractor shall be responsible for compliance with applicable Federal Railroad Administration's Roadway Worker Protection ("RWP") regulations (49 CFR 214, Subpart C) if its employees qualify as "Roadway Workers"[1]. Under 49 CFR 214, Subpart C, railroad contractors are responsible for the training of their employees on these regulations. All RWP related Work shall be conducted in strict compliance with the RWP safety standards set forth in 49 CFR 214, Subpart C and the Permittee/Contractor will be required to submit a Railroad Safety Plan to ARRC to demonstrate compliance with said safety standards prior to beginning any RWP related Work.

3.5  In the event Permittee/Contractor will be performing construction or other activities on a railroad bridge, the provisions of 49 CFR 214 regarding bridge worker safety shall apply. All bridge related work shall be conducted in strict compliance with the bridge worker safety standards set forth in 49 CFR 214 and the Permittee/Contractor will be required to submit a Railroad Safety Plan to ARRC to demonstrate compliance with said safety standards prior to beginning any bridge related work.

---

[1]  A Roadway Worker is any employee of a railroad, or of a contractor to a railroad, whose duties include inspection, construction, maintenance, or repair of railroad track, bridges, roadway, signal and communication systems, electric traction systems, roadway facilities, or roadway machinery on or near track or with the potential of fouling a track.

## SECTION 4. INSURANCE REQUIREMENTS

4.1  The Permittee/Contractor shall procure and maintain at all times while performing work on ARRC Property, and be covered by the types of insurance with the minimum limits as specified in Section 4.4.

4.2  Each policy specified in Section 4.4 shall be: (1) endorsed to include ARRC as an additional named insured with respect to the performance of the work; (2) endorsed whereby the insurance company will notify ARRC of any material change, cancellation, non-renewal or expiration of the insurance policy in writing not less than thirty (30) days prior to the effective date; (3) endorsed with a waiver of subrogation rights in favor of ARRC; and (4) endorsed with the Alaska Suit Endorsement.

4.3  Prior to commencement of any work on ARRC Property, the Permittee/Contractor, shall deliver to ARRC certificate(s) of insurance showing evidence of the insurance required in Section 4.4.

4.4  <u>Alaska Railroad Corporation Minimum Insurance Requirements</u>.

   a.  Commercial General Liability insurance with limits not less than $2,000,000 per occurrence and $4,000,000 aggregate for Bodily Injury and Property Damage, including coverage for Premises and Operations Liability, Products and Completed Operations Liability, Contractual Liability, and Broad Form Property Damage Liability. Coverage shall not contain any exclusions of Explosion, Collapse, Underground, or Rail Operations.

   b.  Automobile Liability insurance on all owned, non-owned, hired and rented vehicles with limits of liability of not less than $1,000,000 Combined Single Limit for Bodily Injury and Property Damage per each accident or loss.

   c.  Worker's Compensation insurance in accordance with the statutory coverages required by the State of Alaska and, where applicable, insurance in compliance with any other statutory obligations, whether State or Federal, pertaining to the compensation of injured employees assigned to the Work, including but not limited to Voluntary Compensation, Federal Longshoremen and Harbor Workers Act, and the Federal Employers Liability Act.

   d.  If any part of the work to be performed on ARRC Property is located within one hundred feet (100') of a railroad track, then the Permittee/Contractor shall also obtain Railroad Protective Liability insurance (Alaska Railroad Corporation as named insured) with limits of liability of not less than $5,000,000 Combined Single Limit for Bodily Injury and Property Damage per each accident or loss.

Standard Specifications for Work on Railroad Property
(rev. 06/03/03)

EXHIBIT C
Page 5 of 11

EXHIBIT B
PAGE 14 OF 20

## SECTION 5. NOTICE

5.1 A pre-construction meeting shall be held with ARRC's Chief Engineer and representatives of the Permittee/Contractor and subcontractors prior to the commencement of any work on ARRC Property by the Permittee/Contractor or its subcontractors.

5.2 The Permittee/Contractor shall give written notice to the Chief Engineer not less than ten (10) days in advance of the commencement of any construction, reconstruction or major maintenance activity on ARRC Property, in order that the necessary arrangements may be made for the protection of ARRC's operations. This notice shall include a description of the proposed work on ARRC Property, schedule of work, and the names of any Permittee/Contractor's subcontractor who may also be working on ARRC Property.

## SECTION 6. FLAG PROTECTION AND PROTECTION OF ARRC TRAFFIC

6.1 Whenever ARRC flag protection is required, it will be provided by ARRC at Permittee/Contractor's expense. ARRC flag protection is to insure the safe movement of trains and other rail traffic and shall be done in strict accordance with the ARRC rules on flagging. A minimum of 48 hours prior notice is required for ARRC to provide flag protection.

6.2 ARRC will, during the progress of the work, utilize as many qualified flag people as in the opinion of the ARRC may be required for the adequate protection of ARRC traffic. All expense for providing such flagpersons shall be paid by the Permittee/Contractor to ARRC.

6.3 The Permittee/Contractor shall arrange with ARRC to keep itself informed on the time of arrival of all trains and shall stop any of Permittee/Contractor's operations which might be or cause a hazard to the safe passage of the train past the site of the work from ten (10) minutes before the expected arrival of the train until it has safely passed.

6.4 Track outages will only be approved in exceptional cases for limited durations. Prior to a proposed track outage, the Permittee/Contractor shall submit a closure plan to ARRC. The plan will describe the work to be accomplished, the equipment, manpower and other resources required, and the work schedule. Once approved by ARRC, the Permittee/Contractor shall follow the plan. ARRC reserves the right to assume control of the work to reestablish rail service if the schedule is not met. Permittee/Contractor shall bear all costs and damages which may result from failure to meet the closure schedule, in addition to the train delay charges provided for herein.

EXHIBIT C

Standard Specifications for Work on Railroad Property  
(rev. 06/03/03)

Page 6 of 11

EXHIBIT B  
PAGE 15 OF 20

## SECTION 7. TRAIN DELAYS

7.1   All work on ARRC Property shall be conducted in such a manner as to prevent delays to trains or other rail traffic operated by ARRC.

7.2   Should any of the Permittee/Contractor's or its subcontractor's actions or activities cause delays to trains or other rail or water traffic, the agreed amount of liquidated damages shall be at the following rates and shall be collected from the Permittee/Contractor by ARRC.

| | |
|---|---|
| Passenger trains each: | $50 per minute of delay, 60-minute minimum charge. |
| All other rail traffic: | 50 per minute for each delay over five minutes, 30-minute minimum charge. |
| Rail barges, or other Connecting Carrier Vessels: | No charge for delays of one hour or less; $1,000 per hour for each hour or any part of an hour thereafter with a minimum charge of $6,000. |

7.3   Delay time will be taken from the train sheet in ARRC's Dispatcher's Office, Anchorage (907-265-2504) for all delays and such train sheet shall be the official document by which the length of time a train is delayed will be determined. If another crew is needed to relieve the original crew, the charge shall also apply to the second crew. If such delay causes a water carrier to miss a sailing, the liquidated damage computation of time covering the period of time to the next possible sailing time shall be in addition to the length of time determined by said train sheet.

## SECTION 8. PROTECTION OF ARRC COMMUNICATION LINES

8.1   All work on ARRC Property shall be conducted in such a manner as to protect ARRC's communication facilities at all times from outages resulting directly or indirectly from the Permittee/Contractor's or its subcontractor's operations.

8.2   Should any of the Permittee/Contractor or its subcontractor's operations cause outages to said communications facilities, the agreed amount of liquidated damages shall be at the following rates and shall be collected from the Permittee/Contractor:

| | |
|---|---|
| Open wire communication circuits: | $1.00 per minute per circuit |
| Communication cable: | $1.00 per minute per cable |

8.3   A minimum charge of $250.00 will be made for each outage plus the total repair costs. The outage time shall be that as established by ARRC's Test Board, Anchorage.

8.4   There shall be no equipment operated or excavation made within fifteen (15) feet of any ARRC communication pole guy, anchor, or other communications apparatus unless authorized in advance by the Telecommunications Supervisor.

Standard Specifications for Work on Railroad Property
(rev. 06/03/03)

EXHIBIT C
Page 7 of 11

EXHIBIT B
PAGE 16 OF 20

## SECTION 9. ROAD CROSSINGS

9.1 Whenever automatic railroad crossing signals are in the work area, these signals must remain in operating condition at all times. If, as a result of the Permittee/Contractor's or subcontractor's activities the signals become inoperable, the crossing shall be continuously flag protected until the signals are again operable. See Section 6 for flagging specifications.

9.2 When regular railroad crossings are used as haul routes inside or outside the work area, flagpersons shall be provided by the Permittee/Contractor for said crossings in all situations at the discretion of the ARRC.

9.3 Temporary road crossings may be installed provided the Permittee/Contractor has acquired from ARRC a temporary road crossing permit for said crossing. If the crossing is not shown on the project plans as approved by ARRC, then it will be at ARRC's sole discretion whether to allow a later-requested crossing.

9.4 The temporary road crossing shall be constructed to the length and the standards specified in the temporary road crossing permit. All protective signs required by ARRC shall be provided and properly maintained by the Permittee/Contractor. The temporary road crossing shall be installed under ARRC flag protection in accordance with Section 6 of these specifications.

9.5 The flange ways of all road crossings used by the Permittee/Contractor or its subcontractor as haul routes or temporary road crossings shall be kept clean and free of gravel at all times and shall otherwise be maintained to the satisfaction of the Chief Engineer.

9.6 When a temporary road crossing is in use, ARRC flag protection shall be provided at all times. See Section 6 for specifications.

9.7 When a temporary or private road crossing is not in use, the Permittee/Contractor shall provide suitable barricades (gates with padlocks, posts driven into the ground, etc.) to prevent vehicular access to the crossing.

9.8 When not in use during the winter season, the temporary road crossing shall be removed. Upon completion of the work or termination of the crossing permit, the temporary crossing shall be removed and the area restored to its original condition.

9.9 The Permittee/Contractor agrees that all others using the private road crossing, except ARRC and its employees, shall be considered agents of the Permittee/Contractor.

9.10 Sight Triangles at road crossings shall be maintained by Permittee/Contractor free of vegetation and other obstructions to vision in accordance with the table entitled "Sight Triangle Distance" attached and as otherwise established and revised from time to time by ARRC.

9.11 Temporary public road crossings must be included in a traffic control plan submitted by the Permittee/Contractor to Alaska Department of Transportation (ADOT) for review and approval prior to constructing the crossing.

Standard Specifications for Work on Railroad Property
(rev. 06/03/03)

EXHIBIT C
Page 8 of 11

EXHIBIT B
PAGE 17 OF 20

SECTION 10. POWER AND COMMUNICATION LINES

    10.1    All power and communication lines shall be designed and constructed in accordance with the current edition of the National Electric Safety Code (NESC).

    10.2    Underground power and communication lines shall be installed in accordance with Section 11 of these specifications. Whenever an underground power or communication line crosses underneath a track, a casing pipe shall be installed for carrying such lines.

    10.3    The minimum clearance above the top of rail of ARRC track shall be in accordance with the handbook referenced in Section 11.1, plus six (6) inches to allow for future grade raises.

    10.4    The minimum clearance above ARRC communication lines shall be in accordance with the handbook referenced in Section 11.1.

    10.5    Additional lines may not be added, or the characteristics of the line(s) changed without the prior written approval of ARRC's Director, Real Estate or Chief Engineer.

    10.6    Wires shall be strung across ARRC tracks only when ARRC flag protection is provided in accordance with Section 6 of these specifications.

    10.7    No wires shall be strung across ARRC's communications lines without first receiving prior written approval from ARRC's Telecommunication Supervisor, and such work must be accomplished only at a time and in a manner prescribed by said Telecommunication Supervisor.

SECTION 11. UNDERGROUND UTILITIES

    11.1    All underground utilities, including culverts, pipelines, and underground power and communication lines, on ARRC Property shall conform to the current American Railway Engineering Association (AREA) / American Railroad Engineering and Maintenance-of-way Association (AREMA) Specifications.

    11.2    Unless another method is authorized in advance and in writing by the Chief Engineer, all underground utilities shall be installed under tracks and roads by boring, jacking or tunneling.

    11.3    Boring, jacking or tunneling shall be done under ARRC tracks only when ARRC flag protection is provided in accordance with Section 6 of these specifications.

    11.4    The proposed plan for boring, jacking or tunneling shall be approved by the Chief Engineer prior to commencing the operation.

    11.5    All boring, jacking or tunneling headings shall be continuously protected against any loss of ground material by shoring and/or cribbing as necessary.

Standard Specifications for Work on Railroad Property  
(rev. 06/03/03)

EXHIBIT C  
Page 9 of 11

EXHIBIT B  
PAGE 18 OF 20

SECTION 12. <u>OPEN TRENCHING</u>

    12.1    Only when authorized in advance and in writing by ARRC shall any portion of the track be removed to allow trenching for installation of the Facility.

    12.2    If allowed to open trench, the track may be removed from service only at the time authorized by the Chief Engineer and shall be restored to service within the time period specified by the Chief Engineer. Should the track not be restored to service within the time period specified, the agreed amount of liquidated damages shall be at the rate specified in the written authorization allowing the open trenching or the liquidated damages in accordance with Section 7 of these specifications, whichever is greater, and shall be collected from the Permittee/Contractor.

    12.3    All track work shall be accomplished by qualified track persons.

    12.4    Only that portion of the track structure necessary to excavate, stockpile and install the Facility shall be removed. All track material removed shall be handled, stockpiled and relayed in a manner to avoid damage. Any material which may be damaged shall be replaced by the Permittee/Contractor at its own expense.

    12.5    The backfill of the trench under the track and in the road bed prism shall be of the same type of material as taken out, except the top 2 feet shall be clean pit run gravel. Backfilling and compaction shall be in one-foot lifts with a compaction of 95% of maximum density in the area affecting the roadbed prism.

    12.6    The ballast used in replacing the track shall be equal in depth and quality as that which was removed. The track shall be relayed and brought to original grade in accordance with standard ARRC practices. The track shall be resurfaced as often as necessary for a period of 12 months after completion of construction to remove any settlement that may have occurred.


SECTION 13. <u>EXCAVATIONS</u>

    13.1    Unless authorized in advance and in writing by ARRC, the top of any excavation shall not be within 20 feet of the centerline of any track; nor shall any excavation exceed ten (10) feet in depth regardless of its proximity to track.

    13.2    No water shall be allowed to stand in open excavations in the track area.

    13.3    Bridging and shoring shall be adequate to safely carry ARRC traffic and the decision of the Chief Engineer pertaining to same shall be final.

    13.4    All open excavations shall be continuously protected by flags, flares, barricades or watchpersons, as directed by ARRC.

    13.5    No excavation shall be left open more than three days, unless authorized by the Chief Engineer.

    13.6    ARRC embankments and cut slopes shall not be disturbed any more than necessary to accommodate the construction and shall be left in a stabilized condition.

    13.7    ARRC ditches, culverts and roadways shall be kept clean and free of rock, gravel, construction debris and equipment at all times.

## SECTION 14. ARRC INSPECTIONS

14.1 ARRC may furnish an inspector during the periods of construction on ARRC Property. The ARRC inspector will inspect the removal and replacement of tracks, excavation, backfill, necessary bridging for tracks, shoring, flagging, lighting, clearances, etc., when necessary. The ARRC inspector will work directly with the representative of the Permittee /Contractor and the decision of the ARRC inspector in matters pertaining to ARRC operations and safety shall be final. In the event more than one shift is worked, an ARRC inspector will be required for each shift. Presence or absence of an ARRC inspector shall not relieve the Permittee /Contractor of liability for damage done to property of ARRC, or the property of ARRC lessees or permittees having installations on ARRC Property. All ARRC cost and expense for furnishing said inspector(s) shall be collected from the Permittee /Contractor.

## SECTION 15. USE OF EXPLOSIVES

15.1 The use of explosives shall be done in compliance with all applicable Federal, State and local laws and ordinances regarding same.

15.2 No blasting of any kind will be permitted unless the Permittee/Contractor thoroughly safeguards the movement of trains and other rail traffic and personnel in the area where such blasting is being conducted. Before blasting, ARRC flag protection in accordance with Section 6 of these specifications shall be provided on each side of the blast area by the Permittee/Contractor. This flag protection shall not be removed until the track is inspected for damage from the blast.

## SECTION 16. SNOW REMOVAL

16.1 Snow removal operations shall be conducted in such a manner as to not place snow (1) upon the tracks of ARRC; (2) where it interferes with the normal operation of the automatic crossing signals; or (3) where it impairs the visibility of either highway or rail traffic at the crossing.

16.2 Snow removal operations shall be conducted in accordance with Section 3 of these specifications.

## SECTION 17. CLEAN-UP

17.1 At all times, all work and activities on ARRC Property shall be accomplished in such a manner as to keep the ARRC Property in a neat, orderly and safe condition satisfactory to ARRC.

17.2 Upon completion of Permittee/Contractor's work, all equipment and unused materials shall be removed and the ARRC Property shall be left in a neat and clean condition satisfactory to ARRC.

17.3 Should the Permittee/Contractor or its subcontractor fail to comply with Section 17.1 and 17.2 above, ARRC may perform the required clean-up. All ARRC costs and expenses for performing this work shall be collected from the Permittee /Contractor.

Standard Specifications for Work on Railroad Property
(rev. 06/03/03)

EXHIBIT C
Page 11 of 11

EXHIBIT B
PAGE 20 OF 20