Brewster H. Jamieson, ASBA No. 8411122
Brad E. Ambarian, ASBA 8711072
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

RECEIVED SEP 2 2005 LANE POWELL PC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>Plaintiffs,<br><br>v.<br><br>COLASKA, INC.,<br><br>Defendant | Case No. A05-0221 CV (RRB)<br><br>**DECLARATION OF<br>WILLIAM R. HUPPRICH** |

STATE OF ALASKA          ) ss.
THIRD JUDICIAL DISTRICT  )

William R. Hupprich, being first duly sworn, states as follows:

1. I am Deputy General Counsel for intervenor Alaska Railroad Corporation ("ARRC"). I have personal knowledge of all things stated in this declaration. This declaration is being submitted in support of ARRC's Unopposed Motion To Intervene as a Party Defendant.

2. The tipple at the gravel pit which is the subject of this lawsuit was supplied/constructed by defendant Colaska, Inc. in ARRC's railroad right-of-way pursuant to the terms of ARRC Special Land Use Permit, Contract No. 8518 (Exhibit A hereto).

3. The 9315' loading track was constructed jointly by Colaska, Inc. and ARRC on ARRC's railroad right-of-way. Both parties contributed labor and materials and each own a portion of the loading track. ARRC operates the loading track pursuant to an Industry Track Agreement, Contract No. 8519 (Exhibit B hereto).

4. ARRC owns the railcars and locomotives used to haul gravel from the pit as well as the mainline track and siding used to access the loading track. ARRC has the right to use the loading track for other purposes when not being used to load gravel cars. Upon information and belief, ARRC has in the past used the loading track to store other rail equipment during the winter months.

5. If the gravel loading operation in the pit were permanently enjoined as sought in the complaint, the effect would be to shut down ARRC's property and the rail transportation of gravel from the gravel pit, as well as ARRC's interests in the attached contracts with Colaska, Inc. If plaintiffs are successful in this suit, this would result in significant lost revenue and return on investment for ARRC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED at Anchorage, Alaska this 20th day of September, 2005.

_____
WILLIAM R. HUPPRICH

113951.0010/150594.1