David J. Schmid
Law Offices of David J. Schmid
500 "L" Street, Suite 503
Anchorage, Alaska  99501
Tel:  (907) 276-4335
Fax: (907) 278-1812
schmidlaw@gci.net
Attorneys for Defendant Colaska, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DeETT A. COYLE, and EDWARD COYLE, | ) ) ) Case No. 3:05-cv-00221-TMB ) |
| Plaintiffs, | ) **COLASKA, INC.'s JOINDER IN** ) **ALASKA RAILROAD CORPORATION'S** |
| vs. | ) **MOTION FOR PARTIAL SUMMARY** ) **JUDGMENT RE:  FEDERAL PREEMPTION** |
| COLASKA, INC.; and ALASKA RAILROAD CORPORATION, | ) **AND EXCLUSIVE JURISDICTION OF THE** ) **SURFACE TRANSPORTATION BOARD** ) |
| Defendant. | ) ) |

COMES NOW Colaska, Inc., by and through its undersigned attorneys of record, Law Offices of David J. Schmid, and hereby joins in the Alaska Railroad Corporation's Motion for Partial Summary Judgment Re:  Federal Preemption and Exclusive Jurisdiction of the Surface Transportation Board filed on or about March 10, 2006.

Colaska, Inc.'s Joinder in Alaska Railroad Corporation's Motion for Partial Summary Judgment Re:  Federal Preemption and Exclusive Jurisdiction of the Surface Transportation Board
Coyle v. Colaska, Inc., et. al.; Case No. 3:05-cv-00221-TMB
Page 1 of  2

DATED at Anchorage, Alaska this 16th day of March, 2006.

        LAW OFFICES OF DAVID J. SCHMID
        Attorneys for Defendant

By:       s/David J. Schmid
        David J. Schmid
        Alaska Bar No. 8102003

**Certificate of Service**
I hereby certify that on the16th day of March, 2006,
a copy of the foregoing was served on the following:

Douglas C. Perkins, Esq.
Brewster H. Jamieson, Esq.

by first class regular mail, if noted above, or by
electronic means through the CM/ECF system as indicated
on the Notice of Electronic Filing.

    s/Carin E. Flug
Carin E. Flug, Legal Assistant

Colaska, Inc.'s Joinder in Alaska Railroad Corporation's Motion for Partial Summary Judgment Re:  Federal Preemption and Exclusive Jurisdiction of the Surface Transportation Board
Coyle v. Colaska, Inc., et. al.; Case No. 3:05-cv-00221-TMB
Page 2 of  2