Douglas C. Perkins, ASBA No. 8612155
HARTIG RHODES HOGE & LEKISCH P.C.
717 K. Street
Anchorage, Alaska 99501
Telephone: 907-276-1592
Facsimile: 907-277-4352
Email: dp@hartig.com
Attorneys for DeEtt A. Coyle and Edward Coyle

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>COLASKA, INC.; and ALASKA RAILROAD )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | **Case No. A05-0221 CV (TMB)** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs DeEtt A. Coyle and Edward Coyle, by and through counsel of record, hereby file their unopposed motion for a two day of extension of time to respond to the Motion for Partial Summary Judgment filed on March 10, 2006 (Docket #21) by Defendant Alaska Railroad Corporation ("ARRC"). With the Seward's Day holiday, Plaintiffs' response is due on March 28, 2006, and with a two-day extension, the response is due on March 30, 2006.

Undersigned counsel has conferred with counsel for ARRC, who has advised that ARRC does not oppose this two day extension. There being no opposition, Plaintiffs respectfully request that this motion be granted.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

DATED at Anchorage, Alaska this 28th day of March, 2006.

By: /s/ Douglas C. Perkins
717 K. Street
Anchorage AK 99501
(907) 276-1592 telephone
(907) 277-4352 facsimile
dp@hartig.com email
Alaska Bar No. 8612155

IT IS SO ORDERED this ____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Judge

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing
was served on the below-identified counsel
on the 28$^h$ day of March 2006:

David J. Schmid
500 L. Street Suite 503
Anchorage, Alaska 99501

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Boulevard Suite 301
Anchorage, Alaska 99503

/s/ Deanna DeMaagd
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592