Douglas C. Perkins, ASBA No. 8612155
HARTIG RHODES HOGE & LEKISCH P.C.
717 K. Street
Anchorage, Alaska 99501
Telephone:  907-276-1592
Facsimile:  907-277-4352
Email:  dp@hartig.com
Attorneys for DeEtt A. Coyle and Edward Coyle

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>　　　　Defendants.<br>_____ | <br><br><br><br><br><br><br><br><br><br>**Case No. A05-0221 CV (TMB)** |

**ORDER GRANTING
UNOPPOSED MOTION FOR EXTENSION OF TIME**

THE COURT, having duly considered Plaintiffs' unopposed motion for a two day of extension of time to respond to the Motion for Partial Summary Judgment filed on March 10, 2006 (Docket #21) by Defendant Alaska Railroad Corporation ("ARRC"), and there being no opposition,

IT IS ORDERED that the two-day extension of time is granted.  Plaintiffs may have until March 30, 2006 to file their response to ARRC's motion for partial summary judgment.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

DATED at Anchorage, Alaska this ____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Judge

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing
was served on the below-identified counsel
on the 28[h] day of March 2006:

David J. Schmid
500 L. Street Suite 503
Anchorage, Alaska 99501

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Boulevard Suite 301
Anchorage, Alaska 99503

/s/ Deanna DeMaagd
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
**A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592**