Douglas C. Perkins, ASBA No. 8612155
HARTIG RHODES HOGE & LEKISCH P.C.
717 K. Street
Anchorage, Alaska 99501
Telephone:  907-276-1592
Facsimile:  907-277-4352
Email:  dp@hartig.com
Attorneys for DeEtt A. Coyle and Edward Coyle

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>COLASKA, INC.; and ALASKA RAILROAD )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____ ) | **Case No. A05-0221 CV (TMB)** |

**ORDER DENYING MOTION FOR PARTIAL SUMMARY JUDGMENT
AND GRANTING CROSS-MOTION FOR REMAND TO STATE COURT**

THE COURT, having duly considered the motion for partial summary judgment (Docket #21), the Plaintiffs' opposition thereto, the Plaintiffs' cross-motion for remand to Alaska Superior Court, any opposition to the cross-motion, and the Court finding that it lacks subject matter jurisdiction over this case,

IT IS ORDERED that the motion for partial summary judgment is denied, and the cross-motion for remand is granted.

IT IS FURTHER ORDERED that this case shall be immediately remanded to Alaska Superior Court, Third Judicial District, at Palmer.

Order Denying Motion for Partial Summary Judgment
and and Granting Cross-Motion for Remand to State Court
*Coyle v. Colaska, Inc., Alaska Railroad Corporation,*  Case No. A05-0221 CV (TMB)     Page 1 of 2

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Judge

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing
was served on the below-identified counsel
on the 30[h] day of March 2006:

David J. Schmid, Esq.

Brewster H. Jamieson, Esq.

/s/ Deanna DeMaagd
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

Order Denying Motion for Partial Summary Judgment
and and Granting Cross-Motion for Remand to State Court
*Coyle v. Colaska, Inc., Alaska Railroad Corporation,*  Case No. A05-0221 CV (TMB)     Page 2 of 2