IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

DeETT A. COYLE and C. EDWARD COYLE, )
                Plaintiffs, )
    vs. )
AGGPRO d/b/a QAP )
                Defendants. )   Case No. 3PA-05-1388 CI

## AFFIDAVIT OF C. EDWARD COYLE

STATE OF ALASKA )
                ) ss.
THIRD JUDICIAL DISTRICT )

C. EDWARD COYLE, being first duly sworn upon oath, deposes and states as follows:

1. My name is C. Edward (Ed) Coyle. I am one of the plaintiffs named above, am over the age of eighteen, and am otherwise competent to make this Affidavit.

2. My wife and I bought our home along the Parks Highway in 1997. I started a small sawmill business on it, called C & B Timbers. I do not use an office to speak with customers. Instead, I do my business outside next to my garage or out at the sawmill. True and correct copies of aerial photos of my land are attached to this Affidavit as Exhibits 1 and 2.

3. At the time that we purchased, the land behind us next to the railroad and on back away from the highway, was all thick spruces. It was a nice barrier from the railroad noise, and neighbors. True, we live on the highway and the railroad, but the rush

WILLIAM F. TULL
& ASSOCIATES
Attorneys at Law
634 S. Bailey St. #201
Palmer, AK 99645
(907)745-3206
Fax (907)746-2662

AFFIDAVIT OF C. EDWARD COYLE
Coyle v. AggPro dba QAP; 3PA-05-1388 CI
PAGE 1 OF 4

of the traffic is not shocking and is good for the business. The passing of a train takes a minute or two. It was a perfect spot for my wife, me, and our business.

4. In 2003, QAP started clearing trees to put in a gravel pit behind us. It is evident on the attached photos.

5. As soon as construction started, we started having a problem with trespassers. I immediately let it be known that I would not tolerate cutting across our land to access the gravel pit operation. My rants did little good. I would convince one employee or business person to use the proper access to QAP off Pittman Road, only to have trouble with another one.

6. I have always had up "No Trespassing" signs, and one would disappear and I would put up another one. I also called the State Troopers but that tactic met with no success either. I called QAP and complained but was only given assurances. A letter was sent to them as well. Then, their employees and visitors would still trespass!

7. In addition to the trespassing, the noise is unbearable. Once construction was completed, the noise and dust began. The gravel pit has a tipple, a piece of equipment to load gravel onto trains. It bangs for three hours as rocks and gravel are dumped into railroad car beds. It shakes our bed and keeps us awake. I asked QAP to stop nighttime operation but they refused. In addition there is a blacktop batch plant. When blacktop is needed it is run 24/7.

8. I am not the only neighbor complaining. I am the closest neighbor. However neighbors far away are suffering from the noise as well, although not from the dust and trespass. A true and correct copy of petitions signed by neighbors last Fall as a result of QAP are attached to this Affidavit as Exhibit 3.

WILLIAM F. TULL
& ASSOCIATES
Attorneys at Law
634 S. Bailey St. #201
Palmer, AK 99645
(907)745-3206
Fax (907)746-2662

AFFIDAVIT OF C. EDWARD COYLE
Coyle v. AggPro dba QAP; 3PA-05-____ CI
PAGE 2 OF 4

2

9. As a result of my complaints to the Borough, a professional Gravel Pit Noise Evaluation was done by Mullins Acoustics in the Fall of 2004. A true and correct copy of those findings is attached to this Affidavit as Exhibit 4. During the time that those professional readings were being done I believe QAP hired a small airplane to buzz my business on a few occasions. I have never had a problem with aircraft noise before, nor since, that time. Additionally, the gravel pit operators knew that the testing was being done, so I think that they restricted their activity. They did not even load gravel with the tipple when it was being done about twice a day at that time otherwise. Nonetheless, the Report supports my complaints that the noise is too much for a residence to handle. Especially in the middle of the night!

10. After that testing was done, I took some readings of my own over the next several days and had many around 97 decibels. I was using a professional noise detector I borrowed from Mullins Acoustics.

11. The dust from cars and trucks zipping across my land, as well as the dust from the gravel pit operation, is unbearable. I fear the health effects of this constant assault on my wife and me. I work outside pretty much all day running my sawmill.

12. QAP has be unwilling to do anything. They refuse to not load railroad cars for three hours in the middle of the night. They refuse to put up a sound barrier. They refuse to demand that their employees, customers and business associates quit crossing my land.

13. You might think that we should put up a fence. That is a problem. If you look closely at the areal photos, you will see that we have a long skinny piece of land. There is a 100 foot railroad easement on the backside. My house is right up to that 100 foot mark. On the other side, there is a DOT easement along the highway. I have 36 feet

WILLIAM F. TULL
& ASSOCIATES
Attorneys at Law
634 S. Bailey St. #201
Palmer, AK 99645
(907)745-3206
Fax (907)746-2662

AFFIDAVIT OF C. EDWARD COYLE
Coyle v. AggPro dba QAP; 3PA-05-____ CI
PAGE 3 OF 4                                                         3

of useable land that is all mine. I am really squeezed as is. I can stretch out into these easements with my timbers as they can be easily moved. But a fence could not be placed in these easements.

14.  I am asking this Court for a simple request. Shut this tipple down, and all loading of railcars in my back yard. They make no attempts to control noise down to a reasonable level. It is simply a nuisance to me and my wife. They refuse to follow the law, i.e., not trespassing, and they refuse to listen to the Borough's report. Please help us stop this assault on our lives.

*C. Edward Coyle*
C. Edward Coyle

SUBSCRIBED AND SWORN TO before me, this 17th day of June, 2005 at Palmer, Alaska.

*Pamela J. Whitehead*
NOTARY PUBLIC, State of Alaska.
My Commission Expires: 1-30-09

WILLIAM F. TULL
& ASSOCIATES
Attorneys at Law
634 S. Bailey St. #201
Palmer, AK 99645
(907)745-3206
Fax (907)746-2662

AFFIDAVIT OF C. EDWARD COYLE
Coyle v. AggPro dba QAP; 3PA-05-_____ CI
PAGE 4 OF 4                                        4



EXHIBIT 1
Page 1 of 1



# NOISE CONTROL

We the undersigned citizens of the Meadow lakes feel that the noise control ordinance # 04-097of the borough needs to be revisited. Currently this ordinance addresses amplified sound and does not address industrial noise. We feel that for all the same reasons that were presented to the borough concerning the amplified noise is also true of industrial or any other noise also. We also suffer from sleep depravation and the noise is a nuisance to the surrounding area. We would like to see the existing ordinance amended to include industrial excavation noise. We are not saying that they cannot conduct their business just that the quiet hours would be extended to include them.

| Name | Address | Phone # |
|---|---|---|
| Anna Pickens | 5161 W. Stacy #15 | 357-8409 |
| Jamie Poppert | 5161 W. Stacy #6 | 357-5233 |
| The Honeys | 5161 W. Stacy #14 | 357-8409 |
| [signature] | 5161 W Stacy #5 | 357-8644 |
| [signature] | 5161 W Stacy #12 | 373-6106 |
| Dara M Stephens | 5161 W Stacy #12 | 373-6106 |
| Jonnie M Stephens | 5161 W. Stacy #5 | 357-8644 |
| Shawn Roberts | 5161 W. Stacy #12 | 373-6106 |
| [signature] | 5161 W. Stacy #12 | 373-6106 |
| [signature] | 5161 W. Stacy #12 | 744-0302 |
| Amanda Evans | 5161 W. Stacey space 11 | 357-9577 Phillip Moore II |
| [signature] | 4780 W. Piker | 373-5042 |
| on Stevens | | |
| AURA SHIVELY | 4740 W. PIKER DR | 376-9677 |

EXHIBIT 3
Page 1 of 4

| Name | Address | Phone # |
|---|---|---|
| Sara Hutchings | 4721 W. Piker Ave. | 357-4721 |
| Jason Hutchings | 4721 W Piker | 357 4721 |
| Mike Johnson | Mile 47.5 Prks Hwy | 376-0809 |
| Ed + De Logle | 4731 Piker Ave HC 34 Box 2090 M.M. 47.7 | 396-1376 |
| Lorna Reece Mike Reece | P.O. Box 871055 Wasilla, AK. 99687 | 373-1525 |

EXHIBIT 3
Page 2 of 4

# NOISE CONTROL

We the undersigned citizens of the Meadow lakes feel that the noise control ordinance # 04-097 of the borough needs to be revisited. Currently this ordinance addresses amplified sound and does not address industrial noise. We feel that for all the same reasons that were presented to the borough concerning the amplified noise is also true of industrial or any other noise also. We also suffer from sleep depravation and the noise is a nuisance to the surrounding area. We would like to see the existing ordinance amended to include industrial excavation noise. We are not saying that they cannot conduct their business just that the quiet hours would be extended to include them.

| Name | Address | Phone # |
|---|---|---|
| Stacy Eyth | HC 36 Box 2875, Wasilla, AK. 99654 | 357-2558 |
| [signature] | 1550 Barbi Dr | 357-8092 |
| Martha M. Stone | PO Box 877622, Wasilla AK 99687 | 373-1984 |
| Aimée Herr | HC 36 Box 2854, Wasilla, AK 99654 | 376-0477 aherr4@ak.net |
| [signature] | PO Box 877895, Wasilla, AK 99687 | 357-8901 |
| Shi 'Yan Solberg | 1260 Kim Dr. Wasilla, AK 99684 | 357-3595 |
| Rick E. Foster | 1701 Barbie Dr, Wasilla AK 99684 | 357-8658 |

EXHIBIT 3
Page 3 of 4

# NOISE CONTROL

We the undersigned citizens of the Meadow lakes feel that the noise control ordinance # 04-097 of the borough needs to be revisited. Currently this ordinance addresses amplified sound and does not address industrial noise. We feel that for all the same reasons that were presented to the borough concerning the amplified noise is also true of industrial or any other noise also. We also suffer from sleep depravation and the noise is a nuisance to the surrounding area. We would like to see the existing ordinance amended to include industrial excavation noise. We are not saying that they cannot conduct their business just that the quiet hours would be extended to include them.

| Name | Address | Phone # |
|---|---|---|
| W. Dean Babcock | 7362 W Parks Hwy #617 | 357-2247 |
| Mary T. Babcock | " " " | 357-2247 |
| EENAOUAK Babcock | " " " | 357-2247 |
| Dean P. Babcock | " " " | 357-2247 |
| Vick. L. Janneck | 5673 W. Karen | 373-1465 |
| Howar Janneck | 5673 W Karen | 373-1465 |
| Lisa & Brian Johnson | 5871 Locksley Loop | 373-6027 |
| Francine Curran | 5873 Locksley Loop | 373-7065 |
| Deirdre Banachowicz | 5827 Locksley lp. | 376-9767 |
| Dave Harnum | 1660 Bow St | 373-7644 |
| Kathy Harnum | 1660 Bow St | 373-7644 |
| Jerry L. McIntire | 6690 West Karen St | 376-2130 |
| Edith M. McIntire | 6690 W. Karen St. | 376-2130 |
| Mr. Poole | 1540 Charlene St. | 357-2599 |
| Sue Kahrs | 6811 Scatters Way | 373-3758 |
| Deli Doss | 7362 W Parks Hwy #366 | 376-5377 |
| Rose Johnson | 1531 Charlene St. | 376-5925 |

EXHIBIT 3
Page 4 of 4