IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

| | |
|---|---|
| DeETT A. COYLE and C. EDWARD COYLE,<br><br>        Plaintiffs,<br><br>vs.<br><br>COLASKA, INC.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3PA-05-1388 CI |

## AFFIDAVIT OF C. EDWARD COYLE

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss. |
| THIRD JUDICIAL DISTRICT | ) |

C. EDWARD COYLE, being first duly sworn upon oath, deposes and states as follows:

1.    My name is C. Edward (Ed) Coyle. I am one of the plaintiffs named above, am over the age of eighteen, and am otherwise competent to make this Affidavit.

2.    Matters between my wife and I and the gravel pit have only worsened since the original filing of our lawsuit. My wife missed work a week or two ago because the tipple was running all night and she was unable to sleep. She had to call in "sick" the next day.

3.    Last Thursday night- Friday morning, the tipple was running again. There is no way my wife and I can sleep with that thing running. The gravel pit is loading unclassified gravel now. That means that the rocks are much bigger than usual, and even louder than usual. We simply cannot live this way much longer.

WILLIAM F. TULL
& ASSOCIATES
Attorneys at Law
634 S. Bailey St. #201
Palmer, AK 99645
(907)745-3206

AFFIDAVIT OF C. EDWARD COYLE
Coyle v. Colaska, Inc.; 3PA-05-1388 CI
PAGE 1 OF 2

4.    I called the State Troopers and I believe that the gravel pit called the State Troopers as well.

5.    Since last Thursday night, the tipple has been running day and night, continuously.   We need some resolution to this matter as soon as possible.

*C. Edward Coyle*
_____
C. Edward Coyle

SUBSCRIBED AND SWORN TO before me, this _6th_ day of August, 2005 at Palmer, Alaska.

*Pamela J. Whitehead*
_____
NOTARY PUBLIC, State of Alaska.
My Commission Expires: _1-30-05_

WILLIAM F. TULL
& ASSOCIATES
Attorneys at Law
634 S. Bailey St. #201
Palmer, AK 99645
(907)745-3206
Fax (907)746-2662

AFFIDAVIT OF C. EDWARD COYLE
Coyle v. Colaska, Inc.; 3PA-05-1388 CI
PAGE 2 OF 2                                                    2