



EXHIBIT A PAGE 5 OF 10



EXHIBIT A PAGE 6 OF 10



EXHIBIT 4 PAGE 7 OF 10