



EXHIBIT A PAGE 8 OF 10



EXHIBIT A PAGE 9 OF 10



EXHIBIT A PAGE 10 OF 10