Douglas C. Perkins, ASBA No. 8612155
HARTIG RHODES HOGE & LEKISCH P.C.
717 K. Street
Anchorage, Alaska 99501
Telephone: 907-276-1592
Facsimile: 907-277-4352
Email: dp@hartig.com
Attorneys for DeEtt A. Coyle and Edward Coyle

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>COLASKA, INC.; and ALASKA RAILROAD )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____) | **Case No. A05-0221 CV (TMB)** |

### THIRD AFFIDAVIT OF C. EDWARD COYLE

STATE OF ALASKA        )
                       ) ss
THIRD JUDICIAL DISTRICT )

   C. EDWARD COYLE, being first duly sworn upon oath, deposes and states as follows:

   1.   I make this affidavit in support of Plaintiffs' Opposition to Motion for Partial Summary Judgment and Cross-Motion for Remand to State Court. The statements contained herein are based upon my personal knowledge.

   2.   For a period of time, really up until this litigation became necessary, my small sawmill business bought old railroad ties from ARRC, which I then re-sold to the

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

public at a good profit. Given the presence of the side tracks right next to my property, it is a simple matter for ARRC to drop off the old ties right there at my property.

3. When we bought our property, I knew that the railroad and the highway were nearby, but I have always considered that these enhanced the value of our property for its commercial uses, especially after the side tracks were added just next to our property.

_____
C. Edward Coyle

Subscribed and sworn to before me this \_\_\_\_ day of _____, 2006, at _____, Alaska.

_____
Notary Public in and for Alaska
My commission expires:_____

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing
was served on the below-identified counsel
on the 30[h] day of March, 2006:

David J. Schmid
500 L. Street Suite 503
Anchorage, Alaska 99501

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Boulevard Suite 301
Anchorage, Alaska 99503

/s/ Deanna DeMaagd
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
**A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592**

Third Affidavit of C. Edward Coyle
*Coyle v. Colaska, Inc., Alaska Railroad Corporation,* Case No. A05-0221 CV (TMB)   Page 2 of 2