Douglas C. Perkins, ASBA No. 8612155
HARTIG RHODES HOGE & LEKISCH P.C.
717 K. Street
Anchorage, Alaska 99501
Telephone:  907-276-1592
Facsimile:  907-277-4352
Email:  dp@hartig.com
Attorneys for DeEtt A. Coyle and Edward Coyle

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>COLASKA, INC.; and ALASKA RAILROAD )<br>CORPORATION, )<br>)<br>Defendants. )<br>_____) | **Case No. A05-0221 CV (TMB)** |

### CROSS-MOTION FOR REMAND TO STATE COURT

Plaintiffs DeEtt A. Coyle and Edward Coyle ("Mr. and Mrs. Coyle"), by and through counsel of record, hereby file a cross-motion to remand this case to Alaska Superior Court in Palmer.  This cross-motion is supported by the facts and authorities set forth in the Coyles' Opposition to Motion for Partial Summary Judgment and Cross-Motion for Remand to State Court (Docket #27), and also, by documents filed in support of that Opposition, specifically Docket ##28, 29, 30, 31, 32, 33, 34, 35, 36 and 37.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

For the reasons set forth in the Coyles' Opposition and supporting documents, an order should be entered remanding the case to Alaska state court.

DATED at Anchorage, Alaska this 31st day of March, 2006.

By: /s/ Douglas C. Perkins
717 K. Street
Anchorage AK 99501
(907) 276-1592 telephone
(907) 277-4352 facsimile
dp@hartig.com email
Alaska Bar No. 8612155

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing
was served on the below-identified counsel
on the 31st day of March 2006:

David J. Schmid, Esq.

Brewster H. Jamieson, Esq.

/s/ Deanna DeMaagd
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592