Douglas C. Perkins, ASBA No. 8612155
HARTIG RHODES HOGE & LEKISCH P.C.
717 K. Street
Anchorage, Alaska 99501
Telephone:  907-276-1592
Facsimile:  907-277-4352
Email:   dp@hartig.com
Attorneys for DeEtt A. Coyle and Edward Coyle

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Case No. A05-0221 CV (TMB)**<br>) |

**<u>ORDER GRANTING CROSS-MOTION FOR REMAND TO STATE COURT</u>**

THE COURT, having duly considered the cross-motion for remand to state court, any opposition thereto, and the Court finding that it lacks subject matter jurisdiction over this case,

IT IS ORDERED that the cross-motion for remand is granted, and that this case be immediately remanded to Alaska Superior Court, Third Judicial District, at Palmer.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Judge

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

Order Granting Cross-Motion for Remand to State Court
*Coyle v. Colaska, Inc., Alaska Railroad Corporation,*  Case No. A05-0221 CV (TMB)          Page 1 of 2

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing was served on the below-identified counsel on the 31st day of March 2006:

David J. Schmid, Esq.

Brewster H. Jamieson, Esq.

/s/ Deanna DeMaagd
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

Order Granting Cross-Motion for Remand to State Court
*Coyle v. Colaska, Inc., Alaska Railroad Corporation,*  Case No. A05-0221 CV (TMB)     Page 2 of 2