Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:       jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DEETT A. COYLE and EDWARD COYLE,

                                    Plaintiffs,

v.

COLASKA, INC.; and ALASKA RAILROAD
CORPORATION,

                                    Defendants,

Case No. 3:05-cv-00221-TMB

**UNOPPOSED MOTION**
**FOR EXTENSION OF TIME**

COMES NOW, defendant Alaska Railroad Corporation (ARRC), by and through counsel, and moves the court for an extension of time until April 24, 2006, to file its reply to plaintiffs' Opposition to Motion for Partial Summary Judgment (Docket Nos. 27 through 37) and to file its opposition to plaintiff's Cross-Motion for Remand to State Court (Docket No. 39).

Plaintiffs' counsel has been contacted and indicated he had no objection to this extension.

DATED this 3rd day of April, 2006

LANE POWELL LLC
Attorneys for Alaska Railroad Corporation


By   s/ Brad E. Ambarian
     301 West Northern Lights Boulevard, Suite 301
     Anchorage, Alaska  99503-2648
     Tel:  907-277-9511
     Fax:  907-276-2631
     Email:  ambarianb@lanepowell.com
     ASBA No. 8711072

I certify that on April 3, 2006, a copy
of the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

  s/ Brewster H. Jamieson
113951.0010/154483.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631