Douglas C. Perkins, ASBA No. 8612155
HARTIG RHODES HOGE & LEKISCH P.C.
717 K. Street
Anchorage, Alaska 99501
Telephone: 907-276-1592
Facsimile: 907-277-4352
Email: dp@hartig.com
Attorneys for DeEtt A. Coyle and Edward Coyle

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>Plaintiffs,<br><br>vs.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-0221 CV (TMB) |

### NOTICE OF FILING ORIGINAL SIGNATURE PAGE OF C. EDWARD COYLE

Plaintiffs DeEtt A. Coyle and Edward Coyle, by and through counsel of record, hereby provide notice that they are hereby filing Page 2, the original signature of C. Edward Coyle to the Third Affidavit of C. Edward Coyle, in support of Plaintiffs'

//

//

//

//

//

//

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

Opposition to Motion for Partial Summary Judgment and Cross-Motion for Remand to State Court.

DATED at Anchorage, Alaska this 14th day of April, 2006.

By: /s/ Douglas C. Perkins
717 K. Street
Anchorage AK 99501
(907) 276-1592 telephone
(907) 277-4352 facsimile
dp@hartig.com email
Alaska Bar No. 8612155

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below-identified counsel on the 14th day of April, 2006:

David J. Schmid
500 L. Street Suite 503
Anchorage, Alaska 99501

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Boulevard Suite 301
Anchorage, Alaska 99503

/s/ Deanna DeMaagd
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

public at a good profit. Given the presence of the side tracks right next to my property, it is a simple matter for ARRC to drop off the old ties right there at my property.

      3.    When we bought our property, I knew that the railroad and the highway were nearby, but I have always considered that these enhanced the value of our property for its commercial uses, especially after the side tracks were added just next to our property.

                                  _C. Edward Coyle_
                                       C. Edward Coyle

Subscribed and sworn to before me this _11_ day of _April_, 2006, at _Wasilla_, Alaska.

_Bonnie L Nourse_
Notary Public in and for Alaska
My commission expires: _8-1-2006_

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the below-identified counsel on the _14_ day of April, 2006:

David J. Schmid
500 L. Street Suite 503
Anchorage, Alaska 99501

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Boulevard Suite 301
Anchorage, Alaska 99503

_[signature]_
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

Third Affidavit of C. Edward Coyle
_Coyle v. Colaska, Inc., Alaska Railroad Corporation_, Case No. A05-0221 CV (TMB)    Page 2 of 2