Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>         Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>         Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**UNOPPOSED MOTION<br>FOR EXTENSION OF TIME** |

COMES NOW, defendant Alaska Railroad Corporation (ARRC), by and through counsel, and moves the court for an extension of time until April 26, 2006, to file its reply to plaintiffs' Opposition to Motion for Partial Summary Judgment (Docket Nos. 27 through 37) and to file its opposition to plaintiff's Cross-Motion for Remand to State Court (Docket No. 39).

Plaintiffs' counsel has been contacted and indicated he had no objection to this extension.

DATED this 21st day of April, 2006

> LANE POWELL LLC
> Attorneys for Alaska Railroad Corporation
>
>
> By  s/ Brewster H. Jamieson
>   301 West Northern Lights Boulevard, Suite 301
>   Anchorage, Alaska  99503-2648
>   Tel:  907-277-9511
>   Fax:  907-276-2631
>   Email: jamiesonb@lanepowell.com
>   ASBA No. 8411122

I certify that on April 21, 2006, a copy of the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

  s/ Brewster H. Jamieson
113951.0010/154810.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631