Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone:  907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE, | |
| Plaintiffs, | |
| v. | |
| COLASKA, INC.; and ALASKA RAILROAD CORPORATION, | Case No. 3:05-cv-00221-TMB |
| Defendants, | **PROPOSED ORDER** |

THIS COURT, having considered defendant's Alaska Railroad Corporation's Unopposed Motion for Extension of Time,

IT IS HEREBY ORDERED that defendant's motion is GRANTED.  Defendant Alaska Railroad Corporation shall have an extension of time until April 26, 2006, to file its reply to plaintiffs' Opposition to Motion for Partial Summary Judgment (Docket Nos. 27 through 37) and to file its opposition to plaintiff's Cross-Motion for Remand to State Court (Docket No. 39).

DATED this _____ day of April, 2006.

_____
Timothy M. Burgess
United States District Court Judge

I certify that on April 21, 2006, a copy
of the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

 s/ Brewster H. Jamieson
113951.0010/154811.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631