Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**SECOND DECLARATION<br>OF WILLIAM R. HUPPRICH** |

William R. Hupprich, being first duly sworn, states as follows:

1. I am Associate General Counsel for defendant Alaska Railroad Corporation ("ARRC"). I have personal knowledge of all things stated in this declaration. This declaration is being submitted in support of ARRC's Reply to Motion for Partial Summary Judgment Re: Federal Preemption and Exclusive Jurisdiction of the Surface Transportation Board, and Opposition to Cross-Motion for Remand (collectively, "Reply/Opposition").

2. Attached to the Reply/Opposition as Exhibit A-1 are copies of photographs of the tipple and surrounding area in the gravel pit which is the subject of this case. Exhibit A-1 contains true and correct copies of the actual photographs. I am familiar with the site, and the photographs at

**LANE POWELL** LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

Exhibit A-1 accurately depict the tipple and the surrounding area, both before and during loading of ARRC's cars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this ____ day of April, 2006.

        LANE POWELL LLC
        Attorneys for Alaska Railroad Corporation

        By   s/ Brewster H. Jamieson
          Brewster H. Jamieson, ASBA No. 8411122
          301 West Northern Lights Boulevard, Suite 301
          Anchorage, Alaska  99503-2648
          Tel:   907-277-9511
          Fax:  907-276-2631
          Email:  jamiesonb@lanepowell.com

I certify that on April 26, 2006, a copy of the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

  s/ Brewster H. Jamieson
113951.0010/154880.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631