Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**PROPOSED**<br>**ORDER RE REMAND** |

THIS COURT, having considered plaintiffs' Cross-Motion for Remand, all responses thereto, as well as applicable law;

IT IS HEREBY ORDERED that plaintiffs' motion is DENIED.

DATED this ____ day of May/June, 2006.

_____
Timothy M. Burgess
United States District Court Judge

I certify that on April 26, 2006, a copy of
the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

  s/ Brewster H. Jamieson
113951.0010/154884.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631