Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:     jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>            Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>            Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**NOTICE OF FILING<br><u>UNSIGNED DECLARATION</u>** |

     PLEASE TAKE notice that defendant Alaska Railroad Corporation has filed an unsigned copy of the Second Declaration William R. Hupprich in support of its Reply to Motion for Partial Summary Judgment Re: Federal Preemption and Exclusive Jurisdiction of the Surface Transportation Board, filed this date [Docket No. 45].  A signed copy will be filed immediately upon receipt.

     DATED this 26th day of April, 2006.

                               LANE POWELL LLC
                               Attorneys for Alaska Railroad Corporation


                               By  s/ Brewster H. Jamieson
                                 Brewster H. Jamieson, ASBA No. 8411122
                                 301 West Northern Lights Boulevard, Suite 301
                                 Anchorage, Alaska  99503-2648
                                 Tel:  907-277-9511
                                 Fax:  907-276-2631
                                 Email:  jamiesonb@lanepowell.com

I certify that on April 26, 2006, a copy of the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

  s/ Brewster H. Jamieson
113951.0010/154887.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631