Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| DEETT A. COYLE and EDWARD COYLE,<br><br>Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**NOTICE OF FILING**<br>**UNSIGNED DECLARATION** |
|---|---|

    PLEASE TAKE notice that defendant Alaska Railroad Corporation has filed an unsigned copy of the Second Declaration William R. Hupprich in support of its Opposition to Cross-Motion for Remand, filed this date [Docket No. 46]. A signed copy will be filed immediately upon receipt.

    DATED this 26th day of April, 2006.

                                                LANE POWELL LLC
                                              Attorneys for Alaska Railroad Corporation


                                              By   s/ Brewster H. Jamieson
                                                  Brewster H. Jamieson, ASBA No. 8411122
                                                  301 West Northern Lights Boulevard, Suite 301
                                                  Anchorage, Alaska  99503-2648
                                                  Tel:  907-277-9511
                                                  Fax:  907-276-2631
                                                  Email:  jamiesonb@lanepowell.com

I certify that on April 26, 2006, a copy of the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

 s/ Brewster H. Jamieson
113951.0010/154888.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631