Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**SECOND DECLARATION<br>OF WILLIAM R. HUPPRICH** |

William R. Hupprich, being first duly sworn, states as follows:

1. I am Associate General Counsel for defendant Alaska Railroad Corporation ("ARRC"). I have personal knowledge of all things stated in this declaration. This declaration is being submitted in support of ARRC's Reply to Motion for Partial Summary Judgment Re: Federal Preemption and Exclusive Jurisdiction of the Surface Transportation Board, and Opposition to Cross-Motion for Remand (collectively, "Reply/Opposition").

2. Attached to the Reply/Opposition as Exhibit A-1 are copies of photographs of the tipple and surrounding area in the gravel pit which is the subject of this case. Exhibit A-1 contains true and correct copies of the actual photographs. I am familiar with the site, and the photographs at

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511 Facsimile 907.276.2631

Exhibit A-1 accurately depict the tipple and the surrounding area, both before and during loading of ARRC's cars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 27th day of April, 2006.

        LANE POWELL LLC
        Attorneys for Alaska Railroad Corporation

        *William R. Hupprich*

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson, ASBA No. 8411122
    301 West Northern Lights Boulevard, Suite 301
    Anchorage, Alaska 99503-2648
    Tel: 907-277-9511
    Fax: 907-276-2631
    Email: jamiesonb@lanepowell.com

I certify that on April 26, 2006, a copy of the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

  s/ Brewster H. Jamieson
113951.0010/154880.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631