Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:   jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| DEETT A. COYLE and EDWARD COYLE,<br><br>       Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>       Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**NOTICE OF FILING<br>SIGNED DECLARATION** |
|---|---|

  PLEASE TAKE notice that defendant Alaska Railroad Corporation has filed an signed copy of the Second Declaration William R. Hupprich in support of its Opposition to Cross-Motion for Remand, filed this date [Docket No. 46].

  DATED this 27th day of April, 2006.

                LANE POWELL LLC
                Attorneys for Alaska Railroad Corporation


                By   s/ Brewster H. Jamieson
                 Brewster H. Jamieson, ASBA No. 8411122
                 301 West Northern Lights Boulevard, Suite 301
                 Anchorage, Alaska  99503-2648
                 Tel:  907-277-9511
                 Fax:  907-276-2631
                 Email:  jamiesonb@lanepowell.com

I certify that on April 27, 2006, a copy of
the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

  s/ Brewster H. Jamieson
113951.0010/154906.1