Douglas C. Perkins, ASBA No. 8612155
HARTIG RHODES HOGE & LEKISCH P.C.
717 K. Street
Anchorage, Alaska 99501
Telephone:  907-276-1592
Facsimile:  907-277-4352
Email:  dp@hartig.com
Attorneys for DeEtt A. Coyle and Edward Coyle

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

DEETT A. COYLE and EDWARD COYLE,   )
                                   )
         Plaintiffs,               )
                                   )
    vs.                            )
                                   )
COLASKA, INC.; and ALASKA RAILROAD )
CORPORATION,                       )
                                   )
         Defendants.               )  **Case No. A05-0221 CV (TMB)**
_____)

## JOINT STATUS REPORT

Pursuant to the Court's order, and after conferring with counsel of record, Plaintiffs DeEtt A. Coyle and Edward Coyle ("the Coyles") hereby file the parties' Joint Status Report.

### A.    Nature of the Case

**1.    The lead attorneys on the case are:**

For the Coyles:

   Douglas C. Perkins
   Hartig Rhodes Hoge & Lekisch P.C.
   717 K. Street
   Anchorage, Alaska 99501

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

Joint Status Report
*Coyle v. Colaska, Inc., Alaska Railroad Corporation,*  Case No. A05-0221 CV (TMB)     Page 1 of 5

For Colaska Inc.:

>David J. Schmid
>500 L. Street Suite 503
>Anchorage, Alaska 99501

For Alaska Railroad Corporation:

>Brewster H. Jamieson
>Lane Powell LLC
>301 West Northern Lights Boulevard Suite 301
>Anchorage, Alaska 99503

**2.    Basis for federal jurisdiction:**

The Coyles submit that there is no subject matter jurisdiction, that this is a matter of State and local law, and therefore, they have filed the pending motion to remand to state court. That motion has been fully briefed and is ripe for decision.

Colaska and the Alaska Railroad submit that federal jurisdiction exists under the Interstate Commerce Commission Termination Act ("ICCTA"), 49 U.S.C. § 10101 et seq., and that, under the ICCTA, exclusive federal jurisdiction lies with the Surface Transportation Board. These parties have therefore filed a motion for partial summary judgment seeking a ruling that federal law preempts the Coyles' state court claims now removed to this court. That motion has also been fully briefed and is ripe for decision.

**3.    Nature of the claims asserted in the complaint and any counterclaims:**

The Coyles have asserted claims for trespass and nuisance against Colaska for its new gravel pit operations (including but not limited to its use of its tipple to load gravel into rail cars) which are located immediately adjacent to the Coyles' home. The Coyles have not asserted claims against Alaska Railroad, but when the railroad sought

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

to intervene, it lodged an order, now signed by the Court, which reads that the Coyles' claims are "deemed" to be asserted against the railroad.

Alaska Railroad has asserted counterclaims against the Coyles, claiming that certain of their improvements encroach into Alaska Railroad's right of way.

**4.    Name of any party that has not been served and the nature of the non-service:**

None.

**5.    Principal legal issues:**

Whether federal law preempts the Coyles' claims brought under state and local law.

**6.    Principal factual issues:**

If the case is remanded, mixed questions of law and fact include whether Colaska's new gravel pit operations, including but not limited to its use of its gravel-loading tipple, constitute an actionable nuisance and/or trespass causing damage to the Coyles, and if so, whether injunctive relief is a legally available and appropriate remedy, and if so, what level and type of bonding would be required as a condition of such injunctive relief.   Also at issue upon remand would be whether the Coyles' improvements encroach into the railroad's right of way.

If the case is transferred to the Surface Transportation Board, the question would include whether the use of the siding and the tipple is the protected activity of a rail carrier.   The Coyles contend that the issues of nuisance and trespass unrelated to the

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

tipple operations, and the issue of the alleged encroachments into railroad right of way do not fall within the jurisdiction of the Surface Transportation Board.

### B.    Discovery

**1.    Brief description of completed discovery and any remaining discovery:**

Initial disclosures have not been exchanged.  No other completed discovery.  If the parties are unable to settle, depositions of the parties are anticipated.

**2.    Brief description of any pending motions and anticipated motions:**

Still pending are Alaska Railroad's motion for partial summary judgment regarding exclusive federal jurisdiction of the Surface Transportation Board, and the Coyle's cross-motion for remand to state court.

Also never ruled upon by the State court is the Coyles' motion for preliminary injunction filed in August 2005.  The Coyles understand that, in order for there to be a ruling, the unresolved injunction motion may have to refiled, but would request clarification from the court on this question.

**3.    Brief description of any previously entered rulings on substantive issues:**

None.

**4.    Any previously filed status reports:**

None.

### C.    Trial

**1.    If trial is anticipated, how long the trial will take, and whether a jury is requested:**

No jury requested.  Five to ten days for trial.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

### D.     Settlement

**1.     Status of any settlement discussions and whether the parties request a settlement conference:**

The parties are currently involved in settlement discussions.    No settlement conference is requested.

DATED at Anchorage, Alaska this 22nd day of May, 2006.

By:   /s/ Douglas C. Perkins
　　　　717 K. Street
　　　　Anchorage AK 99501
　　　　(907) 276-1592 telephone
　　　　(907) 277-4352 facsimile
　　　　dp@hartig.com email
　　　　Alaska Bar No. 8612155

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing
was served on the below-identified counsel
on the 22nd day of May, 2006:

David J. Schmid
500 L. Street Suite 503
Anchorage, Alaska 99501

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Boulevard Suite 301
Anchorage, Alaska 99503

/s/ Deanna DeMaagd
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

Joint Status Report
*Coyle v. Colaska, Inc., Alaska Railroad Corporation*,  Case No. A05-0221 CV (TMB)          Page 5 of 5