Douglas C. Perkins, ASBA No. 8612155
HARTIG RHODES HOGE & LEKISCH P.C.
717 K. Street
Anchorage, Alaska 99501
Telephone: 907-276-1592
Facsimile: 907-277-4352
Email: dp@hartig.com
Attorneys for DeEtt A. Coyle and Edward Coyle

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>        Plaintiffs,<br>vs.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>        Defendants. | **Case No. A05-0221 CV (TMB)** |

### STATUS REPORT

Pursuant to the Court's order, and after attempting unsuccessfully to confer with counsel of record, Plaintiffs DeEtt A. Coyle and Edward Coyle ("the Coyles") hereby file their Status Report.

At docket 56, the Court ordered the parties to confer and file a Joint Status Report. Undersigned counsel thereupon began trying to reach Plaintiffs to discuss the status of the case, but was unable to reach Plaintiffs until late this today, after which input was solicited from opposing counsel. Due to the shortness of remaining time, however, there was simply insufficient time to get opposing counsel's input.

As noted in the Court's order, the parties have indeed engaged in settlement discussions, but as yet, have not been able to reach a settlement of the issues raised in

HARTIG RHODES
HOGE & LEKISCH
A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA
99501-3397
TELEPHONE:
(907) 276-1592

this case.  They therefore request that the Court rule on the pending motions.

DATED at Anchorage, Alaska this 23rd day of August, 2006.

By: /s/ Douglas C. Perkins
717 K. Street
Anchorage AK 99501
(907) 276-1592 telephone
(907) 277-4352 facsimile
dp@hartig.com email
Alaska Bar No. 8612155

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing
was served on the below-identified counsel
on the 23rd day of August, 2006:

David J. Schmid
500 L. Street Suite 503
Anchorage, Alaska 99501

Brewster H. Jamieson
Lane Powell LLC
301 West Northern Lights Boulevard Suite 301
Anchorage, Alaska 99503

/s/ Deanna DeMaagd
HARTIG RHODES HOGE & LEKISCH, P.C.

HARTIG RHODES
HOGE & LEKISCH
**A PROFESSIONAL
CORPORATION
ATTORNEYS AT LAW
717 K STREET
ANCHORAGE,
ALASKA**
99501-3397
TELEPHONE:
(907) 276-1592

Joint Status Report
*Coyle v. Colaska, Inc., Alaska Railroad Corporation,*  Case No. A05-0221 CV (TMB)         Page 2 of 2