Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile:  907-276-2631
Email:      jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>　　　　　　　　Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**UNOPPOSED MOTION TO VACATE AND RESET DATE OF ORAL ARGUMENT** |

COMES NOW, defendant Alaska Railroad Corporation (ARRC), by and through counsel, and moves the court to vacate the Oral Argument set for October 26, 2006, at 10:00 a.m. [at Docket 58], and reset it for any day at any time during the week of November 6, 2006.

All other counsel have been contacted and have indicated they have no objection to this request. All counsel are available during the week of November 6, 2006.

DATED this 27th day of September, 2006

　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　Attorneys for Alaska Railroad Corporation

　　　　　　　　　　By  s/ Brewster H. Jamieson
　　　　　　　　　　　　301 West Northern Lights Boulevard, Suite 301
　　　　　　　　　　　　Anchorage, Alaska  99503-2648
　　　　　　　　　　　　Tel:  907-277-9511
　　　　　　　　　　　　Fax:  907-276-2631
　　　　　　　　　　　　Email: jamiesonb@lanepowell.com
　　　　　　　　　　　　ASBA No. 8411122

I certify that on September 27, 2006, a copy of the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

  s/ Brewster H. Jamieson
113951.0010/156768.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska  99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631