Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**PROPOSED ORDER** |

THIS COURT, having considered defendant's Alaska Railroad Corporation's Unopposed Motion to Vacate and Reset Date of Oral Argument

IT IS HEREBY ORDERED that defendant's motion is GRANTED. The Oral Argument set for October 26, 2006, at 10:00 a.m. [at Docket 58], is hereby VACATED. The new date and time for the oral argument will be _____, 2006, at ___ a.m./p.m.

DATED this _____ day of September, 2006.

Timothy M. Burgess
United States District Court Judge

I certify that on September 27, 2006, a copy of the foregoing was served by ECF on:

Douglas C. Perkins, Esq.  dp@hartig.com
David J. Schmid, Esq.  schmid-law@gci.net

  s/ Brewster H. Jamieson
113951.0010/156769.1

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631