```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 DEETT A. COYLE, et al.   vs.   COLASKA INCORPORATED, et al

BEFORE THE HONORABLE  TIMOTHY M. BURGESS

CASE NO  3:05-cv-00221-TMB

DEPUTY CLERK/RECORDER:    Patty Demeter

APPEARANCES:    PLAINTIFF: Douglas Perkins

                DEFENDANT: David J. Schmid, Brewster H. Jamieson,
                           Brad E. Ambarian

PROCEEDINGS: ORAL ARGUMENT ON MOTION FOR  SUMMARY JUDGMENT (DKT 21) AND CROSS MOTION TO REMAND TO STATE COURT (DKT 39) (HELD 11/6/06)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:06 a.m. court convened.

Court and counsel heard.

The Motion for Summary Judgment (Dkt 21) and Cross Motion to Remand to State Court (39) were taken under advisement.  Court to issue a written ruling.

At 10:47 a.m. court adjourned.

DATE:  11/6/06                         DEPUTY CLERK'S INITIALS:  pld