Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**THIRD DECLARATION<br>OF WILLIAM R. HUPPRICH** |

William R. Hupprich, being first duly sworn, states as follows:

1. I am Assistant Vice President and Deputy General Counsel for defendant Alaska Railroad Corporation ("ARRC"). I have personal knowledge of all things stated in this declaration. This declaration is being submitted in support of ARRC's Motion For Reconsideration of December 10, 2007, Order at Docket 62.

2. At the November 6, 2006, oral argument in this matter, ARRC proffered my testimony regarding ARRC's role in the gravel loading operations at Colaska's pit, and in particular ARRC's active involvement in loading the gravel from the tipple into the rail cars. The Court ruled that it did not consider it necessary that I testify. If I had been allowed to take the stand during the oral argument, I would have testified that while ARRC crews operate the train underneath the tipple

**Second Declaration of William R. Hupprich**
*Coyle v. Colaska, Inc., et al.* (Case No. 3:05-cv-00221-TMB)

EXHIBIT _B_
PAGE _1_ OF _2_

during the gravel loading operation, there also is an ARRC employee, the train conductor, actually in the tipple control tower along side the QAP tipple operator. I would also have testified that the conductor is in radio contact with the train engineer and instructs the engineer to speed up or slow down the train based on the volumes of gravel being dumped into the cars.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 16th day of January, 2007.

_____
WILLIAM R. HUPPRICH

113951.0010/158593.1

LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511   Facsimile 907.276.2631

Second Declaration of William R. Hupprich
*Coyle v. Colaska, Inc., et al.*  (Case No. 3:05-cv-00221-TMB)

EXHIBIT **B**
PAGE **2** OF **2**