IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>COLASKA, INC. and ALASKA RAILROAD CORP.,<br><br>　　　　　　Defendants. | Case No. 3:05-cv-000221 TMB<br><br>**JUDGMENT**<br>**IN A CIVIL CASE** |

\_\_\_　**JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

　X　**DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this matter is remanded to the Superior Court for the State of Alaska, Third Judicial District at Palmer.

APPROVED:

/s/Timothy M. Burgess
　　**TIMOTHY M. BURGESS**
　　United States District Judge

| | |
|---|---|
| August 10, 2007 | IDA J. ROMACK |
| Date | Clerk |