Brewster H. Jamieson, ASBA No. 8411122
LANE POWELL LLC
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-277-9511
Facsimile: 907-276-2631
Email: jamiesonb@lanepowell.com
Attorneys for Defendant



RECEIVED
AUG 31 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| DEETT A. COYLE and EDWARD COYLE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>COLASKA, INC.; and ALASKA RAILROAD CORPORATION,<br><br>　　　　　　Defendants, | Case No. 3:05-cv-00221-TMB<br><br>**ALASKA RAILROAD'S<br>NOTICE OF APPEAL** |

　　　　Notice is hereby given that Alaska Railroad Corporation, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on August 10, 2007, and all interlocutory orders giving rise to that judgment, including but not limited to the district court's orders entered January 10, 2007, and August 9, 2007.

　　　　DATED this 31st day of August, 2007.

　　　　　　　　　　　　　　　　　　LANE POWELL LLC
　　　　　　　　　　　　　　　　　　Attorneys for Alaska Railroad Corporation

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　Brewster H. Jamieson, ASBA No. 8411122

**LANE POWELL LLC**
301 West Northern Lights Boulevard, Suite 301
Anchorage, Alaska 99503-2648
Telephone 907.277.9511  Facsimile 907.276.2631