```
              UNITED STATES
              DISTRICT COURT
              District of Alaska
              Anchorage Division

            #  00131048  -  NL
              August 31, 2007


   Code    Case #    Qty      Amount

   086900-F 05-221           105.00 CK
   510000-C 05-221           150.00 CK
   086400-R 05-221           200.00 CK


   TOTAL→                    455.00


   FROM: LANE POWELL PC
         APPEAL FILING FEE
         COYLE V COLASKA INC ET AL
         3:05-CV-00221-TMB
```