UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely



RECEIVED
SEP 1 7 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

07-35158

**CASE INFORMATION:**
Short Case Title: <u>Coyle et al v Colaska Incorporated</u>
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: <u>TIMOTHY M. BURGESS -3:05-cv-00221-TMB</u>
Date Complaint Filed: <u>9/09/05</u>
Date Appealed Order/Judgment *entered*: <u>1/10/07, 8/9/07, 8/10/07</u>
Date NOA *filed*: <u>8/31/07</u>
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number: <u>Patty Demeter 907-677-6103</u>

Magistrate Judge's Order?  If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: <u>8/31/07 - $455.00</u>    Date Docket Fee billed: __
Date FP granted: __         Date FP denied: __
Is FP pending? _No          Was FP Limited/Revoked?
US Government Appeal?   _No
Companion Cases?  Please list: __
Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                          Appellee Counsel:
**Brewster H. Jamieson**                    **Douglas C. Perkins**
Lane and Powell LLC                         Hartig Rhodes Hoge & Lekisch
301 W. Northern Lights Blvd. Suite 301      717 K Street
Anchorage, AK 99503-2648                    Anchorage, AK 99501
907-277-9511                                907-276-1592
Fax: 907-276-2631                           Fax: 907-277-4352
email: jamiesonb@lanepowell.com             email: dp@hartig.com

Attorney for Defendant Colaska, Inc
**David J. Schmid, Esq.**
500 L Street, Suite 503
Anchorage, AK 99501-1295
907-276-4335
Fax: 907-278-1812
email: schmidlaw@gci.net

_X_ retained   __CJA   __FPD   __FPD   __Other       Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _          Address: _
Custody: _                       _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _        9th Circuit Docket Number: _

Name and phone number of person completing this form:   Nancy Lealaisalanoa - 907-677-6122