

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
NOV 16 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEETT A. COYLE; et al.,<br><br>    Plaintiffs - Appellees,<br><br>v.<br><br>COLASKA INC,<br><br>    Defendant,<br><br>and<br><br>ALASKA RAILROAD CORPORATION,<br><br>    Defendant - Appellant. | No. 07-35758<br><br>D.C. No. CV-05-00221-TMB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK.

An in-person mediation will be held on **December 18, 2007, at 9:00 a.m.,** in the Historic Courtroom, Old Federal Building, 605 W. 4th Avenue, Anchorage, Alaska [local contact: (907) 271-2655 ext. 2637 - directions only].

Unless excused by the Circuit Mediator prior to the scheduled conference, the following participants shall attend on behalf of plaintiff/appellee: Douglas C. Perkins, Esq. and Deett A. Coyle.

Unless excused by the Circuit Mediator prior to the scheduled conference, the following participants shall attend on behalf of defendant/appellant: Brewster H. Jamieson, Esq. and a client representative.

Unless excused by the Circuit Mediator prior to the scheduled conference, the following participants shall attend on behalf of defendant: David J. Schmid, Esq. and a client representative.

Participants shall have full authority to negotiate and settle the case at the conference.

Mediation statements of no more than 10 pages shall be submitted to the Circuit Mediator [fax no. (415) 355-8566] on or before <u>December 10, 2007</u>. Mediation statements shall contain brief statements of the following: (a) factual and procedural background; (b) issues to be raised on appeal; (c) legal argument on appeal; (d) your clients' interests; (e) perceived interests of the opposing parties; and (f) obstacles to settlement and proposals for overcoming them. Sections (a), (b) and (c) shall be served on counsel for the opposing parties on the same date they are submitted to the undersigned. Sections (d), (e) and (f) shall be confidential and shall not be served on the opposing parties. Mediation statements shall not be filed with the court.

Participants should plan to spend the entire day engaged in meaningful settlement discussions and come prepared with thoughtful solutions to this dispute.

The briefing schedule previously set by the court is vacated. A new briefing schedule will be set after the mediation, if appropriate.

The court will initiate a status conference by telephone on **December 11, 2007, at 1:00 p.m. PACIFIC (San Francisco) Time**.

FOR THE COURT

Signature Redacted

Roxane G. Ashe
Circuit Mediator

S:\CASES\2007\07-35758\07-11-8-ip^alaska^bsvac.wpd